UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 0 6 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| ELVA AGUIRRE, Individually and as Next Friend of STACEY MUNOZ, A Minor, et al | * * * |
| VS. | * * |
| MISSOURI PACIFIC RAILROAD, COMPANY d/b/a UNION PACIFIC RAILROAD COMPANY, FMC CORPORATION and GARY R. LILLY | * * * * |

CIVIL ACTION NO. B-98-010

## ORDER

On this date came on to be heard the Motion to Withdraw as Attorneys for Plaintiff, Noe Vasquez filed by J. THOMAS RHODES, III, and LYONS & RHODES, P.C., and KEITH LIVESAY and MICHAEL R. COWEN from the LAW OFFICE OF LIVESAY & COWEN in connection with the above-entitled and numbered cause, and the Court is of the opinion that good cause has been shown, and that the same should accordingly be, in all things, granted.

It is therefore ORDERED, ADJUDGED and DECREED that Movants' Motion to Withdraw as Attorneys for Plaintiff, Noe Vasquez, is hereby, in all things, GRANTED.

SIGNED and ENTERED this _____ day of _APRIL_____, 1999.

_____
PRESIDING JUDGE

3

APPROVED AND ENTRY REQUESTED:

_____
J. Thomas Rhodes, III
State Bar No. 16820050
LYONS & RHODES, P.C.
126 Villita Street
San Antonio, Texas 78205
Telephone No. (210) 225-5251
Telephone No. (210) 225-6545

_____
Michael R. Cowen
State Bar No. 00795306
LIVESAY & COWEN
1325 Palm Boulevard
Brownsville, Texas 78520
(956) 541-4981
(956) 504-3674 (Fax)

4