27

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clark

| | | |
|---|---|---|
| ELVA AGUIRRE, Individually and as | * | |
| Next Friend of STACEY MUNOZ, A Minor, et al | * | |
| | * | |
| VS. | * | |
| | * | CIVIL ACTION NO. B-98-010 |
| MISSOURI PACIFIC RAILROAD, | * | |
| COMPANY d/b/a UNION PACIFIC | * | |
| RAILROAD COMPANY, FMC | * | |
| CORPORATION and GARY R. LILLY | * | |

### ORDER

On this date came on to be heard the Motion to Withdraw as Attorneys for Plaintiff, CLEO LEWIS BRAY filed by J. THOMAS RHODES, III, and LYONS & RHODES, P.C., and MICHAEL R. COWEN and KEITH LIVESAY from COWEN & LIVESAY in connection with the above-entitled and numbered cause, and the Court is of the opinion that good cause has been shown, and that the same should accordingly be, in all things, granted.

It is therefore ORDERED, ADJUDGED and DECREED that Movants' Motion to Withdraw as Attorneys for Plaintiff, CLEO LEWIS BRAY, is hereby, in all things, GRANTED.

SIGNED and ENTERED this 28 day of JULY, 1999.

_____
PRESIDING JUDGE

1