30

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

DEC 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ELVA AGUIRRE, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-010 |
| | § | |
| MISSOURI PACIFIC RAILROAD | § | |
| COMPANY, ET AL. | § | |

TYPE OF CASE:   __X__ CIVIL       ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JANUARY 7, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   DECEMBER 1, 1999

TO:   MR. FRANK JONES
      MR. EDUARDO RODRIGUEZ
      MR. JOSE GARCIA