33

United States District Court
Southern District of Texas
ENTERED

JUN 28 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELVA AGUIRRE, ET AL | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-010 |
| | § | |
| MISSOURI PACIFIC RAILROAD | § | |
| COMPANY d/b/a UNION PACIFIC | § | |
| RAILROAD COMPANY, ET AL | § | |

## ORDER APPOINTING ATTORNEY AD LITEM

ON THIS 27TH day of June, 2000 came on to be considered Plaintiff's Agreed Motion for the Appointment of an Ad Litem. The Court finds that the motion is well taken and, accordingly, GRANTS the motion.

IT IS, THEREFORE, ORDERED, that __Reynaldo Cantu__ is appointed attorney ad litem on behalf of Adrian Ferdinand Pena, an incompetent, and April Rose Carmona, Christina Gonzalez, Reyes Gonzalez, Baldemar Huerta, Jr., Adrian Jimenez, Michelle Jimenez, Robert Martinez, IV, Stacey Munoz, Ricardo Rodriguez, Rosa Rodriguez, Viviana Sanchez, Zoraida Sanchez, Valerie Turner, Justin Valdez, and Adrian Verrette, minors.

SIGNED this 27TH day of June, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## UNITED STATES COURTHOUSE
## 600 E. HARRISON STREET, #204
## BROWNSVILLE, TEXAS 78520

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (956) 548-2570

June 27, 2000

Mr. Reynaldo Cantu
1000 E. Madison Street
Brownsville, TX  78520

    Re: C. A. No. B-98-010
       Elva Aguirre, et al. vs.
       Missouri Pacific Railroad Company, et al.

Dear Mr. Cantu:

  I have appointed you guardian ad litem to represent the interests of Adrian Ferdinand Pena, an incompetent, and April Rose Carmona, Christina Gonzalez, Reyes Gonzalez, Baldemar Huerta, Jr., Adrian Jimenez, Michelle Jimenez, Robert Martinez, IV, Stacey Munoz, Ricardo Rodriguez, Rosa Rodriguez, Viviana Sanchez, Zoraida Sanchez, Valerie Turner, Justin Valdez, and Adrian Verrette, minors who have made claims in the above case.

  Please keep a record of your time and expenses, since my determination of an ad litem fee will be based in a large part on those factors.

  This case has been settled

            Very truly yours,

            John Wm. Black
            United States Magistrate Judge

JWB:pt

  xc: Mr. Michael Cowen
      Ms. Esther Niche Vasquez
      Mr. Eduardo R. Rodriguez
      Mr. Frank G. Jones
      Mr. Jose E. Garcia