34

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

SEP 0 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| ELVA AGUIRRE, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-010 |
| | § | |
| MISSOURI PACIFIC RAILROAD | § | |
| COMPANY, ET AL. | § | |

TYPE OF CASE: __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**FRIENDLY SUIT HEARING**

PLACE:                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**         **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                          DATE AND TIME:

**SEPTEMBER 27, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 6, 2000

TO:     MR. MICHAEL COWEN
        MR. THOMAS RHODES
        MR. FRANK JONES
        MR. EDUARDO RODRIGUEZ
        MR. JOSE GARCIA
        MR. REY CANTU
        MS. ESTHER VASQUEZ