38

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

NOV 0 3 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ELVA AGUIRRE, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-010 |
| § | |
| MISSOURI PACIFIC RAILROAD § | |
| COMPANY, ET AL. § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON FMC CORPORATION'S MOTION FOR SUMMARY JUDGMENT AND MISSOURI PACIFIC RAILROAD COMPANY'S MOTION FOR SUMMARY JUDGMENT**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**DECEMBER 15, 2000 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   NOVEMBER 3, 2000

TO:   MR. MICHAEL COWEN
      MR. THOMAS RHODES
      MR. FRANK JONES
      MR. EDUARDO RODRIGUEZ
      MR. JOSE GARCIA
      MR. REY CANTU
      MS. ESTHER VASQUEZ