IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 15 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ELVA AGUIRRE, ET AL. | § |
| | § |
| Plaintiffs, | § |
| | § |
| VS. | § C. A. NO. B-98-010 |
| | § |
| FMC CORPORATION, ET AL. | § |
| | § |
| Defendants. | § |

## ORDER OF SUMMARY JUDGMENT

The Court has considered the motion for summary judgment filed by FMC Corporation, the response of the plaintiffs and intervenor thereto, and the oral argument of counsel and concludes that FMC's motion should be granted. It is therefore

ORDERED that summary judgment is hereby GRANTED and all claims asserted by plaintiffs Cleo L. Bray, James Lewis Bray, Santos Sosa, Maria J. Sosa, and Noe F. Vasquez and intervenor Esther Niche Vasquez against FMC Corporation in the above-styled and numbered case are hereby dismissed.

Signed this 15 day of DECEMBER, 2000.

_____
United States ~~District~~ Judge
MAGISTRATE

5538186.1