44

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ELVA AGUIRRE, ET AL | § | |
| | § | |
| VS. | § | C. A. NO. B-98-010 |
| | § | |
| FMC CORPORATION, | § | |
| ET AL | § | |

## FINAL JUDGMENT

This case came before the Court for a final adjudication of the claims of

(a)    April Rose Carmona, a minor, suing by and through her next friends Paulo Carmona and  Rosalinda Carmona;

(b)    Reyes Gonzales, a minor, suing by and through his next friend Josefina Jimenez;

(c)    Christina Gonzales, a minor, suing by and through her next friends Reyes Gonzales and Sylvia Gonzales;

(d)    Baldemar Huerta, Jr., a minor, suing by and through his next friend Marisela Gonzalez;

(e)    Adrian Jimenez, a minor, suing by and through his next friend Josefina Jimenez;

(f)    Michele Jimenez, a minor, suing by and through her next friend Josefina  Jimenez;

(g)    Robert Martinez, IV, a minor, suing by and through his next friend Noe Gonzales;

(h)    Stacey Munoz, a minor, suing by and through her next friend Elva Aguirre;

(i)    Ricardo Rodriguez, a minor, suing by and through his next friend Serafin Rodriguez;

(j)    Rosa Rodriguez, a minor, suing by and through her next friend Serafin Rodriguez;

5448065.1                                        1

   (k)     Viviana Sanchez, a minor, suing by and through her next friend Teodora Rodriguez;

   (l)     Zoraida Sanchez, a minor, suing by and through her next friend Teodora Rodriguez;

   (m)    Valerie Turner, a minor, suing by and through her next friend Olga Turner;

   (n)    Justin Valdez, a minor, suing by and through his next friends Cornelio and Rosalinda Valdez;

   (o)    Adrian de Leon Antonio Verrette, Jr., a minor, suing by and through his next friend Marisela Gonzalez; and

   (p)    Adrian Ferdinand Pena, an incapacitated adult, suing by and through his next friend and legal guardian Frances Garcia.

plaintiffs (a) through (o) (collectively "Minor Plaintiffs"); and plaintiff (p) ("Incapacitated Adult") against FMC Corporation ("FMC"), Missouri Pacific Railroad Company d/b/a Union Pacific Railroad Company ("Missouri Pacific"), and Gary R. Lilly ("Lilly") (collectively "Defendants"). All Plaintiffs collectively shall be referred to as "Plaintiffs."

Appearances were made by all parties through their respective counsel of record and by Reynaldo Cantu, guardian ad litem for the Minor Plaintiffs. The parties announced ready for trial and waived a trial by jury, and announced that they had reached a settlement of this case, subject to the Court's approval.

Under the terms of the settlement, the Minor Plaintiffs and Incapacitated Adult, each suing by and through his or her next friend or legal guardian, shall receive a judgment against FMC for the following amounts:

   (a)    April Rose Carmona, a judgment against FMC for ONE THOUSAND FOUR HUNDRED FIFTY THREE AND 31/100 DOLLARS ($1,453.31);

(b)     Reyes Gonzales,  a judgment against FMC for FIVE HUNDRED FORTY FIVE AND 31/100 DOLLARS ($545.31);

(c)     Christina Gonzales,  a judgment against FMC for ONE THOUSAND SEVEN HUNDRED SEVENTY ONE AND 111/100 DOLLARS ($1,771.11);

(d)     Baldemar Huerta, Jr.,  a judgment against FMC for TWO THOUSAND TWO HUNDRED SEVENTY AND 51/100 DOLLARS ($2,270.51);

(e)     Adrian Jimenez,  a judgment against FMC for  FIVE HUNDRED FORTY FIVE AND 31/100 DOLLARS ($545.31);

(f)     Michele Jimenez,  a judgment against FMC for SIX HUNDRED EIGHTY ONE AND 51/100 DOLLARS ($681.51);

(g)     Robert Martinez, IV,  a judgment against FMC for ONE THOUSAND FOUR HUNDRED SEVENTY SIX AND 01/100 DOLLARS ($1,476.01);

(h)     Stacey Munoz, a judgment against FMC for ONE THOUSAND FIVE HUNDRED EIGHTY NINE AND 51/100 DOLLARS ($1,589.51);

(i)     Ricardo Rodriguez,  a judgment against FMC for  ONE THOUSAND ONE HUNDRED THIRTY FIVE AND 51/100 DOLLARS ($1,135.51);

(j)     Rosa Rodriguez, a judgment against FMC for ONE THOUSAND ONE HUNDRED THIRTY FIVE AND 51/100 DOLLARS ($1,135.51);

(k)     Viviana Sanchez, a judgment against FMC for ONE THOUSAND ONE HUNDRED THIRTY FIVE AND 51/100 DOLLARS ($1,135.51);

(l)     Zoraida Sanchez,  a judgment against FMC for  ONE THOUSAND TWO HUNDRED TWENTY SIX AND 31/100 DOLLARS ($1,226.31);

    (m)    Valerie Turner, a judgment against FMC for ONE THOUSAND ONE HUNDRED THIRTY FIVE AND 51/100 DOLLARS ($1,135.51);

    (n)    Justin Valdez, a judgment against FMC for ONE THOUSAND ONE HUNDRED THIRTY FIVE AND 51/100 DOLLARS ($1,135.51);

    (o)    Adrian de Leon Antonio Verrette, Jr.,  a judgment against FMC for TWO THOUSAND TWO HUNDRED SEVENTY AND 51/100 DOLLARS ($2,270.51); and

    (p)    Adrian Ferdinand Pena, a judgment against FMC for TWELVE THOUSAND FOUR HUNDRED EIGHTY FIVE AND 51/100 DOLLARS ($12,485.51).

That sum will be in full settlement of all claims, demands, and causes of action that have been or could have been brought in this case by and on behalf of the Plaintiffs, including all claims for damages sustained by the Plaintiffs as a result of the claims and causes of action asserted herein. The parties announced that the settlement was made on a doubtful and disputed claim, as FMC has denied any liability to the Plaintiffs.

The Court heard evidence concerning the reasonableness of the settlement, including the underlying facts, any fault of the parties, the damages sustained by the Plaintiffs, and all other evidence deemed by the Court necessary to a determination of the fairness of the settlement.  This Court finds that

    (a)    Paulo Carmona and Rosalinda Carmona, as the father and mother of April Rose Carmona, are proper next friends of April Rose and appropriately situated to enter into a settlement agreement on behalf of April Rose;

(b)    Josefina G. Jimenez, as the mother of Reyes Gonzales, is a proper next friend of Reyes and appropriately situated to enter into a settlement agreement on behalf of Reyes;

(c)    Reyes Gonzales and Sylvia Gonzales, as the father and mother of Christina Gonzalez, are proper next friends of Christina and appropriately situated to enter into a settlement agreement on behalf of Christina;

(d)    Marisela Gonzalez, as the mother of Baldemar Huerta, Jr., is a proper next friend of Baldemar and appropriately situated to enter into a settlement agreement on behalf of Baldemar;

(e)    Josefina Jimenez, as the mother of Adrian Jimenez, is a proper next friend of Adrian and appropriately situated to enter into a settlement agreement on behalf of Adrian;

(f)    Josefina Jimenez, as the mother of Michele Jimenez, is a proper next friend of Michele and appropriately situated to enter into a settlement agreement on behalf of Michele;

(g)    Noe Gonzales, as grandfather of Robert Martinez, IV, is a proper next friend of Robert and appropriately situated to enter into a settlement agreement on behalf of Robert;

(h)    Elva Aguirre, as mother of Stacey Munoz, is a proper next friend of Stacey and appropriately situated to enter into a settlement agreement on behalf of Stacey;

(i)    Serafin Rodriguez, as the father of Ricardo Rodriguez, is a proper next friend of Ricardo and appropriately situated to enter into a settlement agreement on behalf of Ricardo;

(j)     Serafin Rodriguez, as the father of Rosa Rodriguez, is a proper next friend of Rosa and appropriately situated to enter into a settlement agreement on behalf of Rosa;

(k)     Teodora Rodriguez, as the mother of Viviana Sanchez, is a proper next friend of Viviana and appropriately situated to enter into a settlement agreement on behalf of Viviana;

(l)     Teodora Rodriguez, as the mother of Zoraida Sanchez, is a proper next friend of Zoraida and appropriately situated to enter into a settlement agreement on behalf of Zoraida;

(m)     Olga Turner, as the mother of Valerie Turner, is a proper next friend of Valerie and appropriately situated to enter into a settlement agreement on behalf of Valerie;

(n)     Cornelio and Rosalinda Valdez, as the parents of Justin Valdez, are proper next friends of Justin and appropriately situated to enter into a settlement agreement on behalf of Justin;

(o)     Marisela Gonzalez, as the mother of Adrian de Leon Antonio Verrette, Jr., is a proper next friend of Adrian and appropriately situated to enter into a settlement agreement on behalf of Adrian; and

(p)     Frances D. Garcia, as the mother of Adrian Ferdinand Pena, an incapacitated adult, is a next friend and legal guardian of Adrian Ferdinand Pena and appropriately situated to enter into a settlement agreement on behalf of Adrian Ferdinand Pena, an incapacitated adult.

The Plaintiffs announced to the Court that they were moving to dismiss all claims and causes of action asserted against Missouri Pacific and Lilly. Whereupon the Court granted the motion and

hereby ORDERS that all claims and causes of action asserted against Missouri Pacific and Lilly are hereby DISMISSED.

FMC having denied any liability to the Plaintiffs for the causes of action sued upon, the Court decided that the settlement is fair and in the best interest of the Plaintiffs and that the settlement should be approved. The Court specifically finds the proposed settlement of all of the claims and causes of action asserted on behalf of the Plaintiffs, both actual and potential, is in the best interest of the Plaintiffs and is fair and reasonable. Accordingly, the Court approves the settlement as binding in all respects as to all claims and causes of action asserted or which might ever be asserted by or on behalf of the Plaintiffs against FMC.

It is therefore ADJUDGED that the following amounts awarded by the judgment to the Plaintiffs shall be apportioned as follows:

The Sum of ___4 84.44___ DOLLARS ($484.44 ) to Paulo Carmona and Rosalinda Carmona, as next friends of April Rose Carmona out of which all attorneys' fees and costs are to be paid;

The Sum of ___968.87___ DOLLARS ($968.87 ) to Michael N. Milby, United States District Clerk for the Southern District of Texas, Brownsville Division, for the use and benefit of April Rose Carmona, a minor.

The Sum of ___181.77___ DOLLARS ($181.77 ) to Josefina Jimenez, as next friend of Reyes Gonzales out of which all attorneys' fees and costs are to be paid;

The Sum of ___363.54___ DOLLARS ($363.54) to Michael N. Milby, United States District Clerk for the Southern District of Texas, Brownsville Division, for the use and benefit of Reyes Gonzales, a minor.

The Sum of ___590.37___ DOLLARS ($590.37) to Reyes Gonzales and Sylvia Gonzales, as next friends of Christina Gonzales out of which all attorneys' fees and costs are to be paid;

The Sum of __1,180.74__ DOLLARS ($1,180.74) to Michael N. Milby, United States District Clerk for the Southern District of Texas, Brownsville Division, for the use and benefit of Christina Gonzales, a minor.

The Sum of __756.84__ DOLLARS ($756.84) to Marisela Gonzalez, as next friend of Baldemar Huerta, Jr. out of which all attorneys' fees and costs are to be paid;

The Sum of __1,513.67__ DOLLARS ($1,513.67) to Michael N. Milby, United States District Clerk for the Southern District of Texas, Brownsville Division, for the use and benefit of Baldemar Huerta, Jr., a minor.

The Sum of __181.77__ DOLLARS ($181.77) to Josefina Jimenez, as next friend of Adrian Jimenez out of which all attorneys' fees and costs are to be paid;

The Sum of __363.54__ DOLLARS ($363.54) to Michael N. Milby, United States District Clerk for the Southern District of Texas, Brownsville Division, for the use and benefit of Adrian Jimenez, a minor.

The Sum of __227.17__ DOLLARS ($227.17) to Josefina Jimenez, as next friend of Michele Jimenez out of which all attorneys' fees and costs are to be paid;

The Sum of __454.34__ DOLLARS ($454.34) to Michael N. Milby, United States District Clerk for the Southern District of Texas, Brownsville Division, for the use and benefit of Michele Jimenez, a minor.

The Sum of __492.00__ DOLLARS ($492.00) to Noe Gonzales, as next friend of Robert Martinez, IV, out of which all attorneys' fees and costs are to be paid;

The Sum of __984.01__ DOLLARS ($984.01) to Michael N. Milby, United States District Clerk for the Southern District of Texas, Brownsville Division, for the use and benefit of Robert Martinez, IV, a minor.

The Sum of __529.84__ DOLLARS ($529.84) to Elva Aguirre, as next friend of Stacey Munoz out of which all attorneys' fees and costs are to be paid;

The Sum of __1,059.67__ DOLLARS ($1,059.67) to Michael N. Milby, United States District Clerk for the Southern District of Texas, Brownsville Division, for the use and benefit of Stacey Munoz, a minor.

5448065.1                                      8

The Sum of _____378.50_____ DOLLARS ($ 378.50) to Serafin Rodriguez, as next friend of Ricardo Rodriguez out of which all attorneys' fees and costs are to be paid;

The Sum of _____757.01_____ DOLLARS ($ 757.01 ) to Michael N. Milby, United States District Clerk for the Southern District of Texas, Brownsville Division, for the use and benefit of Ricardo Rodriguez, a minor.

The Sum of _____378.50_____ DOLLARS ($ 378.50) to Serafin Rodriguez, as next friend of Rosa Rodriguez out of which all attorneys' fees and costs are to be paid;

The Sum of _____757.01_____ DOLLARS ($ 757.01 ) to Michael N. Milby, United States District Clerk for the Southern District of Texas, Brownsville Division, for the use and benefit of Rosa Rodriguez, a minor.

The Sum of _____378.50_____ DOLLARS ($ 378.50) to Teodora Rodriguez, as next friend of Viviana Sanchez out of which all attorneys' fees and costs are to be paid;

The Sum of _____757.01_____ DOLLARS ($ 757.01 ) to Michael N. Milby, United States District Clerk for the Southern District of Texas, Brownsville Division, for the use and benefit of Viviana Sanchez, a minor.

The Sum of _____408.77_____ DOLLARS ($408.77) to Teodora Rodriguez, as next friend of Zoraida Sanchez out of which all attorneys' fees and costs are to be paid;

The Sum of _____817.54_____ DOLLARS ($817.54) to Michael N. Milby, United States District Clerk for the Southern District of Texas, Brownsville Division, for the use and benefit of Zoraida Sanchez, a minor.

The Sum of _____378.50_____ DOLLARS ($378.50) to Olga Turner, as next friend of Valerie Turner out of which all attorneys' fees and costs are to be paid;

The Sum of _____757.01_____ DOLLARS ($757.01 ) to Michael N. Milby, United States District Clerk for the Southern District of Texas, Brownsville Division, for the use and benefit of Valerie Turner, a minor.

The Sum of _____378.50_____ DOLLARS ($ 378.50) to Rosalinda Valdez, as next friend of Justin Valdez out of which all attorneys' fees and costs are to be paid;

5448065.1



The Sum of ___7 5 7. 01___ DOLLARS ($7 5 7. 01 ) to Michael N. Milby, United States District Clerk for the Southern District of Texas, Brownsville Division, for the use and benefit of Justin Valdez, a minor.

The Sum of ___7 5 6. 8 4___ DOLLARS ($7 5 6. 8 4) to Marisela Gonzalez, as next friend of Adrian de Leon Antonio Verrette, Jr. out of which all attorneys' fees and costs are to be paid;

The Sum of ___1, 5 1 3. 6 7___ DOLLARS ($1, 5 1 3. 6 7) to Michael N. Milby, United States District Clerk for the Southern District of Texas, Brownsville Division, for the use and benefit of Adrian de Leon Antonio Verrette, Jr., a minor.

The Sum of ___1 2, 4 8 5. 5 1___ DOLLARS ($1 2, 4 8 5. 5 1) to Frances Garcia, as next friend and legal guardian of Adrian Ferdinand Pena out of which all attorneys' fees and costs are to be paid.

It is FURTHER ADJUDGED that the monies paid into the registry of the Court for the use and benefit of each Minor Plaintiff are to be placed into an interest-bearing account.

It is FURTHER ORDERED that Defendants are fully and finally relieved and discharged from any and all liabilities, past, present, or future, known or unknown, foreseeable or unforeseeable, accrued or not accrued which are directly or indirectly connected with, or which have arisen or will arise, from the damages made the basis of this lawsuit.

It is FURTHER ORDERED that Court costs shall be paid by the party by whom they were incurred and that FMC shall pay the ad litem fee directly to the guardian ad litem.

It is FURTHER ORDERED that Defendants be and are hereby fully and finally relieved and discharged from any and all liability as a result of the injuries and damages made the basis of this suit.

5448065.1

10

IT IS FURTHER ORDERED that any and all relief sought or prayed for by any of the parties hereto or which might have been prayed for herein, which is not herein specifically granted, be and the same is, hereby, in all things DENIED.

SIGNED *15 DECEMBER* 2000.

John Wm. Black
United States Magistrate Judge

5448065.1

11

APPROVED AND AGREED TO:

_Paulo Carmona_

Paulo Carmona as Next Friend of
April Rose Carmona, a Minor

_Rosalinda Carmona_

Rosalinda Carmona, as Next Friend of
April Rose Carmona, a Minor

LYONS & RHODES, P.C.

By _____

    J. Thomas Rhodes, III
    State Bar No. 16820050
    Federal Bar No. 17613
126 Villita Street
San Antonio, Texas 78205
Telephone: 210/225-5251
Telecopier: 210/225-6545

COWEN & LIVESAY
Michael R. Cowen
Federal Bar No. 19967
1325 Palm Boulevard
Brownsville, Texas 78520
Telephone: 956/541-4981
Telecopier: 956/504-3674

Counsel for Plaintiffs,
Paulo Carmona and
Rosalinda Carmona, as Next
Friends of April Rose Carmona, A Minor

    We hereby acknowledge that the sum awarded to us herein as next friends of April Rose Carmona has been paid to us and that the sum awarded to April Rose Carmona for whom we are serving as next friends has been paid into the Registry of the Court; and we hereby declare that this judgment as it pertains to us and to April Rose Carmona on whose behalf we brought this suit to be fully paid off, satisfied and discharged.  Further, in consideration of the payments reflected in this judgment and the payment to me, Paulo Carmona, individually of ONE THOUSAND SEVEN HUNDRED SEVENTY ONE AND 11/100 DOLLARS ($1,771.11) and to me, Rosalinda Carmona, individually of ONE THOUSAND ONE HUNDRED THIRTY FIVE AND 51/100 DOLLARS ($1,135.51), we hereby RELEASE, ACQUIT AND DISCHARGE the Defendants from any and all claims and causes of action asserted or which might have been asserted by us in our individual capacity and by and on behalf of April Rose Carmona, a Minor, on whose behalf we have brought suit.

_Paulo Carmona_

Paulo Carmona

_Rosalinda Carmona_

Rosalinda Carmona

5448065.1

12

APPROVED AND AGREED TO:

_Josefina Jimenez_

Josefina Jimenez, as Next Friend of
Reyes Gonzales, Adrian Jimenez, and
Michele Jimenez, Minors


LYONS & RHODES, P.C.

By _____
        J. Thomas Rhodes, III
        State Bar No. 16820050
        Federal Bar No. 17613
126 Villita Street
San Antonio, Texas  78205
Telephone: 210/225-5251
Telecopier: 210/225-6545

Counsel for Plaintiff,
Josefina Jimenez, as Next Friend
of Reyes Gonzales, Adrian Jimenez,
and Michele Jimenez, Minors

COWEN & LIVESAY
Michael R. Cowen
Federal  Bar No. 19967
1325 Palm Boulevard
Brownsville, Texas 78520
Telephone: 956/541-4981
Telecopier: 956/504-3674

      I hereby acknowledge that the sums awarded to me herein as next friend of Reyes Gonzales,
Adrian Jimenez, and Michele Jimenez, Minors, has been paid to me and that the sum awarded to
Reyes Gonzales, Adrian Jimenez, and Michele Jimenez for whom I am serving as next friend has
been paid into the Registry of the Court; and I hereby declare that this judgment as it pertains to me
and to Reyes Gonzales, Adrian Jimenez, and Michele Jimenez on whose behalf I brought this suit
to be fully paid off, satisfied and discharged.  Further, in consideration of the payments reflected in
this judgment and the payment to me individually of ONE THOUSAND THREE HUNDRED
SIXTY TWO AND 51/100 DOLLARS ($1,362.51), I hereby RELEASE, ACQUIT AND
DISCHARGE the Defendants from any and all claims and causes of action asserted or which might
have been asserted by me in my individual capacity and by and on behalf of Reyes Gonzales, Adrian
Jimenez, and Michele Jimenez, Minors, on whose behalf I have brought suit.


_Josefina Jimenez_

Josefina Jimenez

APPROVED AND AGREED TO:

_Reyes Gonzales_ (signature)

Reyes Gonzales, as Next Friend of
Christina Gonzales, a Minor

_Silvia Gonzales_ (signature)

Sylvia Gonzales, as Next Friend of
Christina Gonzales, a Minor

LYONS & RHODES, P.C.                         COWEN & LIVESAY
                                             Michael R. Cowen
By _J. Thomas Rhodes, III_ (signature)       Federal Bar No. 19967
    J. Thomas Rhodes, III                    1325 Palm Boulevard
    State Bar No. 16820050                   Brownsville, Texas 78520
    Federal Bar No. 17613                    Telephone: 956/541-4981
126 Villita Street                           Telecopier: 956/504-3674
San Antonio, Texas  78205
Telephone: 210/225-5251
Telecopier: 210/225-6545

Counsel for Plaintiffs,
Reyes Gonzales and
Sylvia Gonzales, as Next Friends
of Christina Gonzales, A Minor

        We hereby acknowledge that the sum awarded to us herein as next friends of Christina
Gonzales, a Minor, has been paid to us and that the sum awarded to Christina Gonzales for whom
we am serving as next friends has been paid into the Registry of the Court; and we hereby declare
that this judgment as it pertains to us and to Christina Gonzales on whose behalf we brought this suit
to be fully paid off, satisfied and discharged.  Further, in consideration of the payments reflected in
this judgment  and the payment to me, Reyes Gonzales, individually of SEVEN THOUSAND
FOUR HUNDRED NINETY ONE AND 51/100 DOLLARS ($7,491.51) , and to me, Sylvia
Gonzales, individually of FOUR THOUSAND FIVE HUNDRED FORTY AND 51/100 DOLLARS
($4,540.51), we hereby RELEASE, ACQUIT AND DISCHARGE the Defendants from any and all
claims and causes of action asserted or which might have been asserted by us in our individual
capacity and by and on behalf of Christina Gonzales, a Minor, on whose behalf we have brought suit.

_Reyes Gonzales_ (signature)

Reyes Gonzales

_Silvia Gonzales_ (signature)

Sylvia Gonzales

5448065.1                                            14

APPROVED AND AGREED TO:

_____
Marisela Gonzalez, as Next Friend of
Baldemar Huerta, Jr., and Adrian de Leon Antonio
Verrette, Jr. Minors


LYONS & RHODES, P.C.                          COWEN & LIVESAY
                                              Michael R. Cowen
                                              Federal Bar No. 19967
By _____           1325 Palm Boulevard
      J. Thomas Rhodes, III                   Brownsville, Texas 78520
      State Bar No. 16820050                  Telephone: 956/541-4981
      Federal Bar No. 17613                   Telecopier: 956/504-3674
126 Villita Street
San Antonio, Texas 78205
Telephone: 210/225-5251
Telecopier: 210/225-6545

Counsel for Plaintiff,
Marisela Gonzalez, as Next Friend
of Baldemar Huerta, Jr., and Adrian de Leon Antonio
Verrette, Jr., Minors

    I hereby acknowledge that the sum awarded to me herein as next friend of Baldemar Huerta, Jr., and Adrian de Leon Antonio Verrette, Jr., Minors, has been paid to me and that the sums awarded to Baldemar Huerta, Jr. and to Adrian de Leon Antonio Verrette, Jr., for whom I am serving as next friend has been paid into the Registry of the Court; and I hereby declare that this judgment as it pertains to me and to Baldemar Huerta, Jr. and Adrian de Leon Antonio Verrette, Jr., Minors, on whose behalf I brought this suit to be fully paid off, satisfied and discharged. Further, in consideration of the payments reflected in this judgment and the payment to me individually of TWO THOUSAND TWO HUNDRED SEVENTY AND 51/100 DOLLARS ($2,270.51), I hereby RELEASE, ACQUIT AND DISCHARGE the Defendants from any and all claims and causes of action asserted or which might have been asserted by me in my individual capacity and by and on behalf of Baldemar Huerta, Jr., and Adrian de Leon Antonio Verrette, Jr., Minors, on whose behalf I have brought suit.

_____
Marisela Gonzalez

5448065.1                              15

APPROVED AND AGREED TO:

_____
Noe Gonzalez, as Next Friend of
Robert Martinez, IV, a Minor


LYONS & RHODES, P.C.                          COWEN & LIVESAY
                                             Michael R. Cowen
                                             Federal Bar No. 19967
By _____          1325 Palm Boulevard
      J. Thomas Rhodes, III                  Brownsville, Texas 78520
      State Bar No. 16820050                 Telephone: 956/541-4981
      Federal Bar No. 17613                  Telecopier: 956/504-3674
126 Villita Street
San Antonio, Texas  78205
Telephone: 210/225-5251
Telecopier: 210/225-6545


Counsel for Plaintiff,
Noe  Gonzalez, as Next Friend
of Robert Martinez, IV, A Minor

        I hereby acknowledge that the sum awarded to me herein as next friend of Robert Martinez,
IV,  has been paid to me and that the sum awarded to Robert Martinez, IV, for whom I am serving
as next friend has been paid into the Registry of the Court; and I hereby declare that this judgment
as it pertains to me and to Robert Martinez, IV, on whose behalf I brought this suit to be fully paid
off, satisfied and discharged.  Further, in consideration of the payments reflected in this judgment
and the payment to me individually of TWO THOUSAND TWO HUNDRED SEVENTY AND
51/100 DOLLARS ($2,270.51), I hereby RELEASE, ACQUIT AND DISCHARGE the Defendants
from any and all claims and causes of action asserted or which might have been asserted by me in
my individual capacity and by and on behalf of Robert Martinez, IV,  Minor, on whose behalf I have
brought suit.

_____
Noe Gonzalez


5448065.1                                    16

APPROVED AND AGREED TO:

_Elva Aguirre_ (signature)

Elva Aguirre, as Next Friend of
Stacey Munoz, a Minor


LYONS & RHODES, P.C.                        COWEN & LIVESAY
                                            Michael R. Cowen
                                            Federal Bar No. 19967
By _J. Thomas Rhodes_ (signature)           1325 Palm Boulevard
    J. Thomas Rhodes, III                   Brownsville, Texas 78520
    State Bar No. 16820050                   Telephone: 956/541-4981
    Federal Bar No. 17613                    Telecopier: 956/504-3674
126 Villita Street
San Antonio, Texas  78205
Telephone: 210/225-5251
Telecopier: 210/225-6545

Counsel for Plaintiff,
Elva Aguirre, as Next Friend
of Stacey Munoz, A Minor


     I hereby acknowledge that the sum awarded to me herein as next friend of Stacey Munoz, a Minor,  has been paid to me and that the sum awarded to Stacey Munoz for whom I am serving as next friend has been paid into the Registry of the Court; and I hereby declare that this judgment as it pertains to me and to Stacey Munoz on whose behalf I brought this suit to be fully paid off, satisfied and discharged.  Further, in consideration of the payments reflected in this judgment and the payment to me individually of TWO THOUSAND SEVEN HUNDRED TWENTY FOUR AND 51/100 DOLLARS ($2,724.51) , I hereby RELEASE, ACQUIT AND DISCHARGE the Defendants from any and all claims and causes of action asserted or which might have been asserted by me in my individual capacity and by and on behalf of Stacey Munoz, a Minor, on whose behalf I have brought suit.

_Elva Aguirre_ (signature)

Elva Aguirre

5448065.1                              17

APPROVED AND AGREED TO:

_____
Serafin Rodriguez, as Next Friend of
Ricardo Rodriguez and Rosa Rodriguez,
Minors


LYONS & RHODES, P.C.                           COWEN & LIVESAY
                                               Michael R. Cowen
                                               Federal Bar No. 19967
By _____            1325 Palm Boulevard
     J. Thomas Rhodes, III                     Brownsville, Texas 78520
     State Bar No. 16820050                    Telephone: 956/541-4981
     Federal Bar No. 17613                     Telecopier: 956/504-3674
126 Villita Street
San Antonio, Texas  78205
Telephone: 210/225-5251
Telecopier: 210/225-6545

Counsel for Plaintiff,
Serafin Rodriguez, as Next Friend
of Ricardo Rodriguez and
Rosa Rodriguez,  Minors


        I hereby acknowledge that the sum awarded to me herein as next friend of Ricardo Rodriguez
and Rosa Rodriguez, Minors, has been paid to me and that the sum awarded to Ricardo Rodriguez
and Rosa Rodriguez, for whom I am serving as next friend has been paid into the Registry of the
Court; and I hereby declare that this judgment as it pertains to me and to Ricardo Rodriguez and
Rosa Rodriguez on whose behalf I brought this suit to be fully paid off, satisfied and discharged.
Further, in consideration of the payments reflected in this judgment and the payment to me
individually of ONE THOUSAND THREE HUNDRED SIXTY TWO AND 51/100 DOLLARS
($1,362.51), I hereby RELEASE, ACQUIT AND DISCHARGE the Defendants from any and all
claims and causes of action asserted or which might have been asserted by me in my individual
capacity and by and on behalf of Ricardo Rodriguez and Rosa Rodriguez, Minors, on whose behalf
I have brought suit.

_____
Serafin Rodriguez


5448065.1                              18

APPROVED AND AGREED TO:

_Teodora Rodriguez_

Teodora Rodriguez, as Next Friend of
Viviana Sanchez and Zoraida Sanchez,
Minors


LYONS & RHODES, P.C.

By _____
        J. Thomas Rhodes, III
        State Bar No. 16820050
        Federal Bar No. 17613
126 Villita Street
San Antonio, Texas  78205
Telephone: 210/225-5251
Telecopier: 210/225-6545

COWEN & LIVESAY
Michael R. Cowen
Federal Bar No. 19967
1325 Palm Boulevard
Brownsville, Texas 78520
Telephone: 956/541-4981
Telecopier: 956/504-3674


Counsel for Plaintiff,
Teodora Rodriguez, as Next Friend
of Viviana Sanchez and Zoraida
Sanchez, Minors

        I hereby acknowledge that the sum awarded to me herein as next friend of Viviana Sanchez and Zoraida Sanchez, Minors, has been paid to me and that the sum awarded to Viviana Sanchez and Zoraida Sanchez for whom I am serving as next friend has been paid into the Registry of the Court; and I hereby declare that this judgment as it pertains to me and to Viviana Sanchez and Zoraida Sanchez on whose behalf I brought this suit to be fully paid off, satisfied and discharged.  Further, in consideration of the payments reflected in this judgment and the payment to me individually of ONE THOUSAND ONE HUNDRED THIRTY FIVE AND 51/100 DOLLARS ($1,135.51), I hereby RELEASE, ACQUIT AND DISCHARGE the Defendants from any and all claims and causes of action asserted or which might have been asserted by me in my individual capacity and by and on behalf of Viviana Sanchez and Zoraida Sanchez, Minors, on whose behalf I have brought suit.

_Teodora Rodriguez_

Teodora Rodriguez


5448065.1                                    19

APPROVED AND AGREED TO:


_Olga Turner_
Olga Turner, as Next Friend of
Valerie Turner, a Minor


LYONS & RHODES, P.C.                                    COWEN & LIVESAY
                                                        Michael R. Cowen
_J. Thomas Rhodes III_                                  Federal Bar No. 19967
By _____                         1325 Palm Boulevard
       J. Thomas Rhodes, III                            Brownsville, Texas 78520
       State Bar No. 16820050                           Telephone: 956/541-4981
       Federal Bar No. 17613                            Telecopier: 956/504-3674
126 Villita Street
San Antonio, Texas 78205
Telephone: 210/225-5251
Telecopier: 210/225-6545


Counsel for Plaintiff,
Olga Turner, as Next Friend
of Valerie Turner, A Minor


        I hereby acknowledge that the sum awarded to me herein as next friend of Valerie Turner,
a Minor, has been paid to me and that the sum awarded to Valerie Turner for whom I am serving as
next friend has been paid into the Registry of the Court; and I hereby declare that this judgment as
it pertains to me and to Valerie Turner on whose behalf I brought this suit to be fully paid off,
satisfied and discharged.  Further, in consideration of the payments reflected in this judgment and
the payment to me individually of TWO THOUSAND FORTY THREE AND 51/100 DOLLARS
($2,043.51), I hereby RELEASE, ACQUIT AND DISCHARGE the Defendants from any and all
claims and causes of action asserted or which might have been asserted by me in my individual
capacity and by and on behalf of Valerie Turner, a  Minor, on whose behalf I have brought suit.


_Olga Turner_
Olga Turner

APPROVED AND AGREED TO:

_____
Cornelio Valdez, as Next Friend of
Justin Valdez, a Minor

_____
Rosalinda Valdez, as Next Friend of
Justin Valdez, a Minor

LYONS & RHODES, P.C.                                COWEN & LIVESAY
                                                    Michael R. Cowen
                                                    Federal Bar No. 19967
By _____                 1325 Palm Boulevard
      J. Thomas Rhodes, III                         Brownsville, Texas 78520
      State Bar No. 16820050                        Telephone: 956/541-4981
      Federal Bar No. 17613                         Telecopier: 956/504-3674
126 Villita Street
San Antonio, Texas  78205
Telephone: 210/225-5251
Telecopier: 210/225-6545

Counsel for Plaintiffs,
Cornelio and Rosalinda Valdez, as Next Friend
of Justin Valdez, A Minor

     We hereby acknowledge that the sum awarded to us herein as next friends of Justin Valdez,
a Minor, has been paid to us and that the sum awarded to Justin Valdez for whom we are serving as
next friends has been paid into the Registry of the Court; and we hereby declare that this judgment
as it pertains to us and to Justin Valdez on whose behalf we brought this suit to be fully paid off,
satisfied and discharged.  Further, in consideration of the payments reflected in this judgment and
the payment to me, Cornelio Valdez, individually, of TWO THOUSAND SEVEN HUNDRED
TWENTY FOUR AND 51/100 DOLLARS ($2,724.51) and to me, Rosalinda Valdez, individually,
of ONE THOUSAND FIVE HUNDRED EIGHTY NINE AND 51/100 ($1,589.51), we hereby
RELEASE, ACQUIT AND DISCHARGE the Defendants from any and all claims and causes of
action asserted or which might have been asserted by us in our individual capacity and by and on
behalf of Justin Valdez, a Minor, on whose behalf we have brought suit.

_____
Cornelio Valdez

_____
Rosalinda Valdez

APPROVED AND AGREED TO:

*Frances Garcia*

Frances Garcia, as Next Friend and Legal Guardian of
Adrian Ferdinand Pena, Incapacitated Adult


LYONS & RHODES, P.C.

By _____

    J. Thomas Rhodes, III
    State Bar No. 16820050
    Federal Bar No. 17613
126 Villita Street
San Antonio, Texas  78205
Telephone: 210/225-5251
Telecopier: 210/225-6545

COWEN & LIVESAY
Michael R. Cowen
Federal  Bar No. 19967
1325 Palm Boulevard
Brownsville, Texas 78520
Telephone: 956/541-4981
Telecopier: 956/504-3674

Counsel for Plaintiff,
Frances Garcia, as Next Friend and Legal Guardian
of Adrian Ferdinand Pena, Incapacitated Adult

      I hereby acknowledge that the sum awarded to me herein as next friend and legal guardian of Adrian Ferdinand Pena  has been paid to me for the use and benefit of Adrian Ferdinand Pena, and I hereby declare that this judgment as it pertains to me and to Adrian Ferdinand Pena on whose behalf I brought this suit to be fully paid off, satisfied and discharged.  Further, in consideration of this payment and the payment to me of TWELVE THOUSAND FOUR HUNDRED EIGHTY FIVE AND 51/100  DOLLARS ($12,485.51) for the use and benefit of Adrian Ferdinand Pena, I hereby RELEASE, ACQUIT AND DISCHARGE the Defendants from any and all claims and causes of action asserted or which might have been asserted by me in my individual capacity and by and on behalf of Adrian Ferdinand Pena on whose behalf I have brought suit.

*Frances Garcia*

Frances Garcia

22

APPROVED:

_____
Reynaldo Cantu
State Bar No. _0 3 7 6 7 5 0 0_
Federal Bar No. _1 9 0 0_
1000 East Madison Street
Brownsville, Texas 78520
Telephone:  956/542-4226
Telecopier: 956/542-4475

Guardian Ad Litem for
Minor Plaintiffs

FULBRIGHT & JAWORSKI L.L.P.

By _____
      Frank G. Jones
      State Bar No. 10883000
      Federal Bar No. 1338
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  713/651-5151
Telecopier:  713/651-5246

JOSE E. GARCIA LAW OFFICES
      Jose E. Garcia
      State Bar No. 07636780
      Federal Bar No. 3934
4301 North McColl
McAllen, Texas 78504
Telephone: 956/630-0081
Telecopier: 956/630-3631

Counsel for Defendant,
FMC Corporation

5448065.1                              24

CtrlPDF - www.fesira.com