45

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ELVA AGUIRRE, ET AL. | § | |
| | § | |
| VS. | § | C.A. NO. B–98-010 |
| | § | |
| FMC CORPORATION, ET AL. | § | |

## ORDER

In accordance with the Final Judgment entered by this Court, the Court ORDERS the District Clerk to deposit check number 4154, dated October 2, 2000, *Tendered on June 19, 2001,* in the amount of $13,004.64 into an interest bearing account. Interest shall not begin to run until the date of deposit.

The funds shall be apportioned for the benefit of the following persons as follows:

$968.87 for the use and benefit of April Rose Carmona, a minor.

$363.54 for the use and benefit of Reyes Gonzales, a minor.

$1,180.74 for the use and benefit of Christina Gonzalez, a minor.

$1,513.67 for the use and benefit of Baldemar Huerta, Jr., a minor.

$363.54 for the use and benefit of Adrian Jiminez, a minor.

$454.34 for the use and benefit of Michele Jimenez, a minor.

$984.01 for the use and benefit of Robert Martinez, IV, a minor.

$1,059.67 for the use and benefit of Stacey Munoz, a minor.

$757.01 for the use and benefit of Ricardo Rodriguez, a minor.

$757.01 for the use and benefit of Rosa Rodriguez, a minor.

$757.01 for the use and benefit of Viviana Sanchez, a minor.

$817.54 for the use and benefit of Zoraida Sanchez, a minor.

$757.01 for the use and benefit of Valerie Turner, a minor.

$757.01 for the use and benefit of Justin Valdez, a minor.

$1,513.67 for the use and benefit of Adrian de Leon Antonio Verrette, Jr., a minor.

SIGNED this 20 day of June, 2001.

_____
UNITED STATES MAGISTRATE JUDGE