46

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELVA AGUIRRE, ET AL | * | |
| | * | |
| V. | * | C.A. NO. B-98-010 |
| | * | |
| FMC CORPORATION, ET AL | * | |

**MOTION FOR LEAVE TO REMOVE FUNDS
FROM REGISTRY OF THE COURT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **ELVA AGUIRRE, INDIVIDUALLY, AND AS NEXT FRIEND OF STACEY MUÑOZ, A MINOR**, by and through their attorney, MICHAEL R. COWEN, and move this Honorable Court for leave to order the release of funds for **STACEY MUÑOZ, A MINOR**, and in support thereof, Petitioner would show as follows:

1. **STACEY MUÑOZ, A MINOR,** and Petitioner are in need of funds for payment of their rent and light bill which the sum of $500.00 will be used. Petitioner has been diagnosed with osteoporosis and now is higher risk of suffering from a stroke. She has had to quit her job on doctor's orders.

For this reason, Petitioner moves this Court for leave to remove the amount of **FIVE HUNDRED DOLLARS ($500.00)** from the registry of the Court from the account of **STACEY MUÑOZ, A MINOR.**

RESPECTFULLY SUBMITTED,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

By: _____
Michael R. Cowen
State Bar No. 00795306
Federal I.D. 19967