4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ELVA AGUIRRE, ET AL | * | |
| | * | |
| V. | * | C.A. NO. B-98-010 |
| | * | |
| FMC CORPORATION, ET AL | * | |

**ORDER GRANTING REMOVAL OF FUNDS FROM**
**THE REGISTRY OF THE COURT**

ON This the day of _12 DEC_, 2001, came on to be considered the request of **ELVA AGUIRRE, INDIVIDUALLY, AND AS NEXT FRIEND OF STACEY MUÑOZ, A MINOR**, to withdraw monies belonging to **STACEY MUÑOZ, A MINOR**, in the amount of **FIVE HUNDRED DOLLARS ($500.00)** from the registry of the Court, and (Docket # 46) the Court, after considering the same, is of the opinion that said motion be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that EVA AGUIRRE, INDIVIDUALLY, AND AS NEXT FRIEND OF STACEY MUÑOZ, A MINOR**, is authorized to withdraw monies in the amount of **FIVE HUNDRED DOLLARS ($500.00)** belonging to **STACEY MUÑOZ, A MINOR**, deposited with the registry of the Court.

SIGNED this _12TH_ day of _DEC_, 2001.

_____
JUDGE PRESIDING

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674