IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELVA AGUIRRE, ET AL. | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-98-010 |
| | * | |
| FMC CORPORATION, ET AL. | * | |

**MOTION FOR DISBURSEMENT OF FUNDS FROM
THE REGISTRY OF THE COURT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES VALERIE TURNER ( hereinafter called "Movant"), and would respectfully request a disbursement of funds from the registry of the Court in connection with the above-entitled and numbered cause for the following reasons:

I.

This case arose out a lawsuit which involved the Movant, Valerie Turner, born on February 16, 1984 and whose Social Security No. is 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, a copy of which is attached herein. A settlement was entered on or about June 20, 2001, and the sum of $757.01 was deposited with the United States District Clerk for the use and benefit of the Movant, who was a minor at the time. Since the entry of the judgment, Movant has attained the age of eighteen and respectfully request that she be able to withdraw said funds held in the registry.

WHEREFORE, PREMISES CONSIDERED, Movant prays that this request in all things be granted.

Respectfully submitted,

LYONS & RHODES, P.C.

By: _____
J. Thomas Rhodes, III
State Bar No. 16820050
Federal Bar No. 17613
126 Villita Street
San Antonio, Texas 78205
Telephone No.: 210/225-5251
Telefax No.: 210/225-6545

## AFFIDAVIT OF J. THOMAS RHODES, III

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF BEXAR | § |

BEFORE ME, the undersigned authority, on this date personally appeared J. THOMAS RHODES, III, who, being by me duly sworn, deposed and stated as follows:

"My name is J. THOMAS RHODES, III. I am a partner with the law firm of Lyons & Rhodes, P.C. in San Antonio, Texas. I am of sound mind, capable of making this Affidavit, and I am personally acquainted with the facts stated herein.

"Lyons & Rhodes, P.C. were the attorneys for the Movant, Valerie Turner, in the above-entitled and numbered cause.

"I hereby certify that the exhibit attached to the Movant's Motion for Disbursement of Funds from the Registry of the Court is a true and correct copy of the birth certificate, social security card, and driver's license of Valerie Turner, as was provided to our firm from the Movant."

Further Affiant sayeth not.

_____
J. THOMAS RHODES, III

SUBSCRIBED and SWORN TO before me, the undersigned Notary Public, on this 10th day of May, 2002, by J. THOMAS RHODES, III, to certify which, witness my hand and official seal.

_____
Notary Public, State of Texas

My commission expires: 9-10-2004

ROSA TOVAR SALMON
Notary Public, State of Texas
My Commission Expires
September 10, 2004

# CERTIFICATE OF BIRTH

**STATE OF TEXAS**

**CHILD**
- 1. Name: Romelle Valerie Turner
- 1. Sex: Female
- 2. Date of Birth: February 16, 1984
- 4a. Place of Birth County: Cameron
- 4b. City or Town: Harlingen
- 4c. Inside City Limits: Yes
- 4d. Name of Hospital: Valley Baptist Medical Center
- 6. This Birth Single/Twin/Triplet: Single

**FATHER**
- 7. Name: William Turner
- 8. Race: White
- 9a. Father of Spanish Origin: No
- 10. Birthplace: Missouri
- 11a. Usual Occupation: Salesman
- 11b. Kind of Business or Industry: Sales
- Age: 22

**MOTHER**
- 12. Maiden Name: Olga Elida Alvarez
- 13. Race: White
- 14a. Mother of Spanish Origin: No
- 15. Birthplace: Texas
- 17a. Usual Occupation: Housewife
- 17b. Kind of Business or Industry: home
- Age: 35

- 18a. Residence State: Texas
- 18b. County: Cameron
- 18c. City or Town: Harlingen
- Zip: 78550
- 18d. Street Address: 1806 Frances
- 18e. Inside City Limits: Yes

- 20. Informant: /s/ Olga P. Durar

- 21. I hereby certify that this child was born alive on the date stated above at 1:24 A.M.
- 22a. Attendant's Signature: /s/ Jose Cohen, M.D.
- 22b. Attendant's Address: Harlingen, Texas
- 23. Attendant at Birth: M.D.
- 24. Date Signed: February 17, 1984
- 25. Signature of Local Registrar: [signature]
- 23a. Date Rec'd by Local Registrar: Mar 20, 1984
- Registrar's File No.: 202

Texas Department of Health — BUREAU OF VITAL STATISTICS







This card is the official verification of your Social Security number. Please sign it right away. Keep it in a safe place.

Improper use of this card or number by anyone is punishable by fine, imprisonment or both.

This card belongs to the Social Security Administration and you must return it if we ask for it.

If you find a card that isn't yours, please return it to:
Social Security Administration
P.O. Box 17087, Baltimore, MD 21235

For any other Social Security business/information, contact your local Social Security office. If you write to the above address for any business other than returning a found card, it will take longer for us to answer your letter.

Social Security Administration        051063748
Form SSA-3000 (4-95)