IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ELVA AGUIRRE, ET AL. | * |
| VS. | * CIVIL ACTION NO. B-98-010 |
| FMC CORPORATION, ET AL. | * |

## ORDER

BE IT REMEMBERED that this day came on to be considered the Movant, VALERIE TURNER's, Motion for Disbursement of Funds From the Registry of the Court. The Court, having considered said relief requested, is of the opinion that said Motion is in all things GRANTED.

It is therefore, ORDERED, ADJUDGED, and DECREED, that the Clerk, U.S. District Courts, shall disburse the sum of $757.01 plus any accrued interest, and said money is to be mailed to the Movant VALERIE TURNER at 905 North "D" Street, Harlingen, Texas 78550.

SIGNED and ENTERED this 28th day of June, 2002.

THE HON. JOHN WM. BLACK
United States Magistrate Judge

