

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 27 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ELVA AGUIRRE, ET AL. | * |
| | * |
| VS. | *  CIVIL ACTION NO. B-98-010 |
| | * |
| FMC CORPORATION, ET AL. | * |

## MOTION FOR DISBURSEMENT OF FUNDS FROM THE REGISTRY OF THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES STACY MUNOZ ( hereinafter called "Movant"), and would respectfully request a disbursement of funds from the registry of the Court in connection with the above-entitled and numbered cause for the following reasons:

### I.

This case arose out a lawsuit which involved the Movant, Stacy Munoz, born on January 14, 1985 and whose Social Security No. is 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, a copy of which is attached herein. A settlement was entered on or about June 20, 2001, and the sum of $1,059.67 was deposited with the United States District Clerk for the use and benefit of the Movant, who was a minor at the time. Since the entry of the judgment, Movant has attained the age of eighteen and respectfully requests that she be able to withdraw said funds held in the registry.

WHEREFORE, PREMISES CONSIDERED, Movant prays that this request in all things be granted.

Respectfully submitted,

LYONS & RHODES, P.C.

By: _____
J. Thomas Rhodes, III
State Bar No. 16820050
Federal Bar No. 17613
126 Villita Street
San Antonio, Texas 78205
Telephone No.: 210/225-5251
Telefax No.: 210/225-6545




CERTIFY this to be a true and correct copy of the original birth record of _Stacy J. Munoz_ as filed in the Bureau of Vital Statistics of the City of Harlingen, Texas.
Issued: 1-23-85

_Delia Zavala_
City Registrar

### STATE OF TEXAS — CERTIFICATE OF BIRTH

**BIRTH NO.** —
**2. DATE OF BIRTH:** January 14, 1985

**CHILD**
- 1. NAME: (a) First: STACY  (b) Middle: —  (c) Last: MUNOZ
- 3. SEX: Female
- 4a. PLACE OF BIRTH — COUNTY: Cameron
- 4b. CITY OR TOWN: Harlingen
- 4c. NAME OF HOSPITAL: Valley Baptist Medical Center
- 4d. INSIDE CITY LIMITS?: Yes
- 5a. THIS BIRTH—SINGLE, TWIN, TRIPLET: Single

**FATHER**
- 6. NAME: (a) First — (b) Middle — (c) Last —
- 7. RACE: —
- 8a. IS FATHER OF SPANISH ORIGIN?: —
- 9. AGE: —
- 10. BIRTHPLACE: —
- 11a. USUAL OCCUPATION: —
- 11b. KIND OF BUSINESS OR INDUSTRY: —

**MOTHER**
- 12. MAIDEN NAME: (a) First: Elva  (b) Middle: —  (c) Last: Munoz
- 13. RACE: White
- 14a. IS MOTHER OF SPANISH ORIGIN?: No
- 15. AGE: 29
- 16. BIRTHPLACE: Texas
- 17a. USUAL OCCUPATION: Homemaker
- 17b. KIND OF BUSINESS OR INDUSTRY: Home
- 18a. RESIDENCE — STATE: Texas
- 18b. COUNTY: Cameron
- 18c. CITY OR TOWN: Harlingen
- 18d. STREET ADDRESS: 1616 Adkins
- 18e. INSIDE CITY LIMITS?: Yes
- 19. ZIP CODE: 78550

20. INFORMANT: _Elva Munoz_

21. I hereby certify that this child was born alive on the date stated above at 8:45 P.M.
22a. ATTENDANT'S SIGNATURE: _[signature]_
22b. ATTENDANT AT BIRTH: M.D.
22c. ATTENDANT'S ADDRESS: Ruben D. Martinez, M.D., Harlingen, Texas 78550
22d. DATE SIGNED: 1-21-85

23a. REGISTRAR'S FILE NO.: 628
23b. DATE REC'D BY LOCAL REGISTRAR: Jan. 25, 1985
23c. SIGNATURE OF LOCAL REGISTRAR: _Delia Zavala_

# AFFIDAVIT OF J. THOMAS RHODES, III

STATE OF TEXAS          §
                        §
COUNTY OF BEXAR         §

BEFORE ME, the undersigned authority, on this date personally appeared J. THOMAS RHODES, III, who, being by me duly sworn, deposed and stated as follows:

"My name is J. THOMAS RHODES, III. I am a partner with the law firm of Lyons & Rhodes, P.C. in San Antonio, Texas. I am of sound mind, capable of making this Affidavit, and I am personally acquainted with the facts stated herein.

"Lyons & Rhodes, P.C. were the attorneys for the Movant, Stacy Munoz, in the above-entitled and numbered cause.

"I hereby certify that the exhibit attached to the Movant's Motion for Disbursement of Funds from the Registry of the Court is a true and correct copy of the birth certificate, social security card, and identification card of Stacy Munoz, as was provided to our firm from the Movant."

Further Affiant sayeth not.

_____
J. THOMAS RHODES, III

SUBSCRIBED and SWORN TO before me, the undersigned Notary Public, on this 21 day of May, 2003, by J. THOMAS RHODES, III; to certify which, witness my hand and official seal.



_____
Notary Public, State of Texas

My commission expires: 8/12/06

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELVA AGUIRRE, ET AL. | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-98-010 |
| | * | |
| FMC CORPORATION, ET AL. | * | |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

BE IT REMEMBERED that this day came on to be considered the Movant, STACY MUNOZ's, Motion for Disbursement of Funds From the Registry of the Court. The Court, having considered said relief requested, is of the opinion that said Motion is in all things GRANTED.

It is therefore, ORDERED, ADJUDGED, and DECREED, that the Clerk, U.S. District Courts, shall disburse the sum of $1,059.67, plus any accrued interest, and said money is to be mailed to the Movant STACY MUNOZ at 1617 North 7th Street, Harlingen, Texas 78550.

SIGNED and ENTERED this _____ day of _____, 2003.


_____
THE HON. JOHN WM. BLACK
United States Magistrate Judge

LAW OFFICES OF

# LYONS & RHODES

A PROFESSIONAL CORPORATION

CLEM V. LYONS*
J THOMAS RHODES III*
MARY I WILSON
ROBERT E. BRZEZINSKI
LO-AN K. VO
LAURA R PAZIN

126 VILLITA STREET
SAN ANTONIO, TEXAS 78205
TELEPHONE (210) 225-5251
FAX (210) 225-6545

REPLY TO:

RIO GRANDE VALLEY
1325 PALM BLVD., SUITE B
BROWNSVIILLE, TEXAS 78520
(956) 544-1932
FAX (956) 542-5274

* BOARD CERTIFIED
  PERSONAL INJURY TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION

* AMERICAN BOARD OF PROFESSIONAL
  LIABILITY ATTORNEYS

March 26, 2003

Mr. Michael N. Milby
United States District Clerk
Southern District of Texas
600 E. Harrison Street
Brownsville, Texas 78520

    Re:    Elva Aguirre, et al vs. FMC Corporation, et al
            Civil Action No. B-98-010

Dear Mr. Milby:

Enclosed please find our *Motion for Disbursement of Funds from the Registry of the Court* regarding the above-referenced cause of action along with an *Affidavit of J. Thomas Rhodes III*. Also attached is our *Order for Disbursement of Minor's Fund*. Please present it to the Court for approval and signature and return a file-marked copy for our files.

Thank you for your courtesy and cooperation regarding this matter.

Very truly yours,

J. THOMAS RHODES III

/dlp
enclosures

LAW OFFICES OF
# LYONS & RHODES
A PROFESSIONAL CORPORATION

CLEM V. LYONS*
J. THOMAS RHODES III*
MARY I. WILSON
ROBERT E. BRZEZINSKI
LO-AN K. VO
LAURA R. PAZIN

126 VILLITA STREET
SAN ANTONIO, TEXAS 78205
TELEPHONE (210) 225-5251
FAX (210) 225-6545

REPLY TO:

RIO GRANDE VALLEY
1325 PALM BLVD., SUITE B
BROWNSVIILLE. TEXAS 78520
(956) 544-1932
FAX (956) 542-5274

* BOARD CERTIFIED
  PERSONAL INJURY TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION

* AMERICAN BOARD OF PROFESSIONAL
  LIABILITY ATTORNEYS

March 26, 2003

Mr. Michael N. Milby
United States District Clerk
Southern District of Texas
600 E. Harrison Street
Brownsville, Texas 78520

  Re: Elva Aguirre, et al vs. FMC Corporation, et al
     Civil Action No. B-98-010

Dear Mr. Milby:

  Enclosed please find our **Motion for Disbursement of Funds from the Registry of the Court** regarding the above-referenced cause of action along with an **Affidavit of J. Thomas Rhodes III**. Also attached is our **Order for Disbursement of Minor's Fund**. Please present it to the Court for approval and signature and return a file-marked copy for our files.

  Thank you for your courtesy and cooperation regarding this matter.

                Very truly yours,

                J. THOMAS RHODES III

/dlp
enclosures