IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ELVA AGUIRRE, ET AL. | * |
| VS. | *   CIVIL ACTION NO. B-98-010 |
| FMC CORPORATION, ET AL. | * |

## ORDER FOR DISBURSEMENT OF MINOR'S FUND

BE IT REMEMBERED that this day came on to be considered the Movant, STACY MUNOZ's, Motion for Disbursement of Funds From the Registry of the Court. The Court, having considered said relief requested, is of the opinion that said Motion is in all things GRANTED.

It is therefore, ORDERED, ADJUDGED, and DECREED, that the Clerk, U.S. District Courts, shall disburse the sum of $559.67, plus any accrued interest, and said money is to be mailed to the Movant STACY MUNOZ at 1617 North 7th Street, Harlingen, Texas 78550.

SIGNED and ENTERED this 21st day of APRIL, 2003.

THE HON. JOHN WM. BLACK
United States Magistrate Judge

