United States District Court
Southern District of Texas
FILED

FEB 03 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELVA AGUIRRE, ET AL. | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-98-010 |
| | * | |
| FMC CORPORATION, ET AL. | * | |

**MOTION FOR DISBURSEMENT OF FUNDS FROM
THE REGISTRY OF THE COURT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES REYES GONZALES (hereinafter called "Movant"), and would respectfully

request a disbursement of funds from the registry of the Court in connection with the above-entitled

and numbered cause for the following reasons:

**I.**

This case arose out a lawsuit which involved the Movant, REYES GONZALES, born on

August 24, 1984. A copy of Movant's birth certificate and driver's license is attached hereto. A

settlement was entered on or about June 20, 2001, and the sum of $363.54 was deposited with the

United States District Clerk for the use and benefit of the Movant, who was a minor at the time.

                Respectfully submitted,

                LYONS & RHODES, P.C.

By:      _____

                J. Thomas Rhodes, III
                State Bar No. 16820050
                Federal Bar No. 17613
                126 Villita Street
                San Antonio, Texas 78205
                Telephone No.: 210/225-5251
                Telefax No.: 210/225-6545

## AFFIDAVIT OF J. THOMAS RHODES, III

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF BEXAR | § |

BEFORE ME, the undersigned authority, on this date personally appeared J. THOMAS RHODES, III, who, being by me duly sworn, deposed and stated as follows:

"My name is J. THOMAS RHODES, III. I am a partner with the law firm of Lyons & Rhodes, P.C. in San Antonio, Texas. I am of sound mind, capable of making this Affidavit, and I am personally acquainted with the facts stated herein.

"Lyons & Rhodes, P.C. were the attorneys for the Movant, Reyes Gonzales, in the above-entitled and numbered cause.

"I hereby certify that the exhibit attached to the Movant's Motion for Disbursement of Funds from the Registry of the Court is a true and correct copy of the birth certificate and driver's license of Reyes Gonzales, as was provided to our firm from the Movant."

Further Affiant sayeth not.

_____
J. THOMAS RHODES, III

SUBSCRIBED and SWORN TO before me, the undersigned Notary Public, on this 2nd day of Feb., 2004, by J. THOMAS RHODES, III; to certify which, witness my hand and official seal.

_____
Notary Public, State of Texas

My commission expires: 8/12/06

I HEREBY CERTIFY this to be a true and correct copy of the original birth record of _____ as filed in the Bureau of Vital Statistics of the City of Harlingen, Texas.
Issued: 9/11/94

_City Registrar_

## STATE OF TEXAS — CERTIFICATE OF BIRTH

| Field | Value |
|---|---|
| 1. NAME | REYES GONZALES |
| 2. DATE OF BIRTH | August 24, 1984 |
| 3. SEX | Male |
| 4a. PLACE OF BIRTH — COUNTY | Cameron |
| 4b. CITY OR TOWN | Harlingen |
| 4c. NAME OF HOSPITAL | Valley Baptist Medical Center |
| 5. NAME (CHILD) | (blank) |
| 6. FATHER'S NAME | VALENTINE |
| 12. RACE | White |
| 13. AGE | 19 |
| 14a. BIRTHPLACE | Texas |
| 15. USUAL OCCUPATION | Homemaker |
| MOTHER NAME | Josefina Gonzales |
| RACE | White |
| AGE | 19 |
| BIRTHPLACE | Texas |
| RESIDENCE - STATE | Texas |
| COUNTY | Cameron |
| CITY | Harlingen 78550 |
| STREET ADDRESS | 502 North Commerce |
| OF HISPANIC ORIGIN? | Yes — Mexican-American |
| TIME OF BIRTH | 10:26 A.M. |
| ATTENDANT'S ADDRESS | William L. Spilker, M.D., Harlingen, Texas 78550 |
| DATE SIGNED | 4-1-94 |
| REGISTRAR'S FILE NO. | 1104 |
| DATE RECEIVED BY LOCAL REGISTRAR | Sept. 11, 1984 |

