May 10, 2004

54

RE: C.A. B-98-010

United States District Court
Southern District of Texas
FILED

MAY 1 0 2004

Michael N. Milby
Clerk of Court

Dear Judge,

To whom it may concern I Robert Martinez IV turned eighteen years old on March 18, 2004. Therefore I am here to retrieve funds that have been in trust since March 16, 1999. Thank You for your cooperation and for your time.

Sincerely,

Robert Martinez
Robert Martinez IV

Please mail check to

204 S. Oscar
Primera, TX 78552