IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 1 2 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk D. Chimaodi

| | | |
|---|---|---|
| Elva Aguirre, et al | § | |
|     Plaintiff(s), | § | |
| | § | |
| VS. | § | B-98-010 |
| FMC Corporation, et al | § | |
|     Defendant(s). | § | 07 |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

Before the Court is an application to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because R. M. IV, was a minor child. The minor has now provided satisfactory evidence that he has reached the age of majority and is now entitled to the funds.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Clerk disburse and deliver to R. M. IV, social security number ending in 7594, the principal $984.01, plus all accrued interest, held in the Court's Registry for his account, pursuant to the Final Judgment and any other Court Order entered in this case. The proceeds shall be sent to the following address:

204 S Oscar
Primera, TX 78552

DONE at, Texas this the 12TH day of MAY, 2004.

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE