B-98-cv-010

To Whom It May Concern:

United States District Court
Southern District of Texas
FILED
DEC 17 2004
Michael N. Milby
Clerk of Court

My name is April Rose Carmona have reached the age of 18 years. as of December the ▮ of 2004. I had some monies saved up in the styled case (Elva Aguirre v.s. FMC Corporation.) I am requesting that my monies be sent to me. Thanking you in advance for your prompt attention to this matter.

Sincerely,
April Rose Carmona

April Rose Carmona
▮▮▮
Harlingen, Tx
78552
Rosie Carmona (mother)
▮▮▮
sister in law - Vicky Gonzalez
▮▮▮

I HEREBY CERTIFY this to be a true and correct copy of the original birth record of April Rose Carmona as filed in the Bureau of Vital Statistics of the City of Harlingen, Texas.
Issued: 12/31/86

*Celia Zavala*
CITY REGISTRAR


