IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Elva Aguirre, et al | § | |
| Plaintiff(s), | § | |
| | § | |
| VS. | § | B-98-010 |
| FMC Corporation, et al | § | |
| Defendant(s). | § | |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

Before the Court is an application to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because April Rose Carmona was a minor child. The minor has now provided satisfactory evidence that she has reached the age of majority and is now entitled to the funds.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Clerk disburse and deliver to April Rose Carmona, social security number ending in 5142, the principal $968.87, plus accrued interest, held in the Court's Registry for her account, pursuant to the Final Judgment and any other Court Order entered in this case.

DONE at , Texas this the 10TH day of JANUARY, 2005.

UNITED STATES DISTRICT JUDGE

JOHN WM. BLACK
U.S. MAGISTRATE JUDGE

