B-98-cv-010

United States District Court
Southern District of Texas
FILED

APR 1 0 2006

Michael N. Milby
Clerk of Court

Attention Deputy Clerk,

My name is Justin Valdez, my case number is 1:98-CV-00; I wish to withdraw all funds of $757.01 and all accumulated interest. I have included a copy of my current high school ID to prove I am 18 years of age, as well I have included copies of both my Social Security numbers and my birth certificate. Please send the check to my current adress which is as follows: 751 S. 10th St. Raymondville, TX 78580.

Sincerely,
Justin L. Valdez
*Justin L. Valdez*



MCALLEN TX 785
07 APR 2006 PM 1 T

Justin Valdez
751 S. 10th St
Raymondville, Tx 78580

Attn: Deputy Clerk
600 E. Harrison St.
Brownsville TX 78520

MAIL

United States District Court
Southern District of Texas
RECEIVED

APR 10 2006

Michael N. Milby, Clerk