CASE NO. B-98-CV-010
INSTRUMENT NO. _____

United States District Court
Southern District of Texas
FILED

APR 1 0 2006

Michael N. Milby,
Clerk of Court

# SEALED RECORD

DESCRIPTION OF CONTENTS: Exhibits

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS
BY ORDER OF THE COURT