IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 9 2006

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELVA AGUIRRE, ET AL. | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-98-010 |
| | * | |
| FMC CORPORATION, ET AL. | * | |

## MOTION FOR DISBURSEMENT OF FUNDS FROM THE REGISTRY OF THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES CHRISTINA GONZALEZ ( hereinafter called "Movant"), and would respectfully request a disbursement of funds from the registry of the Court in connection with the above-entitled and numbered cause for the following reasons:

**I.**

This case arose out a lawsuit which involved the Movant, CHRISTINA GONZALEZ, born on August 8, 1988. A copy of Movant's birth certificate, social security card, and Texas identification card are attached hereto. A settlement was entered on or about June 20, 2001, and the sum of $1,180.74 was deposited with the United States District Clerk for the use and benefit of the Movant, who was a minor at the time. Since the entry of the judgment, Movant has attained the age of eighteen and respectfully requests that she be able to withdraw said funds held in the registry.

WHEREFORE, PREMISES CONSIDERED, Movant prays that this request in all things be granted.

1

Respectfully submitted,

LYONS & RHODES, P.C.

By: _____
J. Thomas Rhodes, III
State Bar No. 16820050
Federal Bar No. 17613
126 Villita Street
San Antonio, Texas 78205
Telephone No.: 210/225-5251
Telefax No.: 210/225-6545

2

## AFFIDAVIT OF J. THOMAS RHODES, III

STATE OF TEXAS §
§
COUNTY OF BEXAR §

BEFORE ME, the undersigned authority, on this date personally appeared J. THOMAS RHODES, III, who, being by me duly sworn, deposed and stated as follows:

"My name is J. THOMAS RHODES, III. I am a partner with the law firm of Lyons & Rhodes, P.C. in San Antonio, Texas. I am of sound mind, capable of making this Affidavit, and I am personally acquainted with the facts stated herein.

"Lyons & Rhodes, P.C. were the attorneys for the Movant, CHRISTINA GONZALEZ, in the above-entitled and numbered cause.

"I hereby certify that the exhibit attached to the Movant's Motion for Disbursement of Funds from the Registry of the Court is a true and correct copy of the birth certificate, social security card, and Texas identification card of CHRISTINA GONZALEZ, as was provided to our firm from the Movant."

Further Affiant sayeth not.

_____
J. THOMAS RHODES, III

SUBSCRIBED and SWORN TO before me, the undersigned Notary Public, on this 5th day of Sept., 2006, by J. THOMAS RHODES, III; to certify which, witness my hand and official seal.

_____
Notary Public, State of Texas

My commission expires: 5/11/08

MELINDA NARVAEZ DOEGE
Notary Public, State of Texas
My Commission Expires
MAY 11, 2008