


| STATE OF TEXAS | | | CERTIFICATE OF BIRTH | | BIRTH NO. | |
|---|---|---|---|---|---|---|
| 1. NAME (Type or print) | (a) First CHRISTINA | (b) Middle | | (c) Last GONZALES | 2. DATE OF BIRTH ...88 | |
| 3. SEX Female | 4a. PLACE OF BIRTH — COUNTY Cameron | | 4b. CITY OR TOWN (If outside city limits, give precinct no.) Harlingen | | | |
| 4c. NAME OF HOSPITAL Valley Baptist Medical Center | | | 4d. INSIDE CITY LIMITS? Yes | 5a. THIS BIRTH SINGLE, TWIN, TRIPLET, ETC. (Specify) Single | 5b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st, 2nd, 3rd (Specify) | |
| 6. NAME | (a) First Reyes | | (b) Middle | | (c) Last Gonzales | |
| 7. RACE White | 8a. IS FATHER OF SPANISH ORIGIN? Yes | | | 8b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC. Mexican-American | | |
| 9. AGE 43 | 10. BIRTHPLACE Texas | | 11a. USUAL OCCUPATION Self-Employed | | 11b. KIND OF BUSINESS OR INDUSTRY Cabinet Maker | |
| 12. MAIDEN NAME | (a) First Silvia | | (b) Middle | | (c) Last De La Fuente | |
| 13. RACE White | 14a. IS MOTHER OF SPANISH ORIGIN? Yes | | | 14b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC. Mexican-American | | |
| 15. AGE 31 | 16. BIRTHPLACE Texas | | 17a. USUAL OCCUPATION Bookkeeping Proof Operator | | 17b. KIND OF BUSINESS OR INDUSTRY Bank | |
| 18a. RESIDENCE — STATE Texas | 18b. COUNTY Cameron | 18c. CITY OR TOWN Harlingen | | 18d. STREET ADDRESS | | 18e. INSIDE CITY LIMITS? Yes |
| 19. Children previously born | a. How many other children are now living? 2 | b. How many other children were born alive but are now dead? 0 | c. How many children were born dead after 20 weeks pregnancy? 0 | 20. INFORMANT Silvia de la Fuente | | |
| 21. I hereby certify that this child was born alive on the date stated above at 12:48 A.M. | 22a. ATTENDANT'S SIGNATURE Susan L. Redmond, M.D. 22c. ATTENDANT'S ADDRESS Susan L. Redmond, M.D. Harlingen, Texas 78550 | | | | 22b. ATTENDANT AT BIRTH M.D. 22d. DATE SIGNED 8-16-88 | |
| 23a. REGISTRAR'S FILE NO 1624 | 23b. DATE REC'D BY LOCAL REGISTRAR August 31, 1988 | | | 23c. SIGNATURE OF LOCAL REGISTRAR Bilica Zavala | | |

FOR MEDICAL AND HEALTH USE ONLY (This Section MUST be filled out)