IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELVA AGUIRRE, ET AL. | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-98-010 |
| | * | |
| FMC CORPORATION, ET AL. | * | |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

BE IT REMEMBERED that this day came on to be considered the Movant, CHRISTINA GONZALEZ', Motion for Disbursement of Funds From the Registry of the Court. The Court, having considered said relief requested, is of the opinion that said Motion is in all things GRANTED.

It is therefore, ORDERED, ADJUDGED, and DECREED, that the Clerk, U.S. District Courts, shall disburse the sum of $1,180.74, plus any accrued interest, and said money is to be mailed to the Movant CHRISTINA GONZALEZ at P.O. Box 565, Los Fresnos, Texas 78566.

SIGNED and ENTERED this _____ day of _____, 2006.

_____
THE HON. JOHN WM. BLACK
United States Magistrate Judge