IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 8 2006

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELVA AGUIRRE, ET AL. | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-98-010 |
| | * | |
| FMC CORPORATION, ET AL. | * | |

## MOTION FOR DISBURSEMENT OF FUNDS FROM THE REGISTRY OF THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES BALDEMAR HUERTA, JR. ( hereinafter called "Movant"), and would respectfully request a disbursement of funds from the registry of the Court in connection with the above-entitled and numbered cause for the following reasons:

### I.

This case arose out a lawsuit which involved the Movant, BALDEMAR HUERTA, JR., born on February 26, 1988. A copy of Movant's birth certificate and identification card are attached hereto. A settlement was entered, and the sum of $1,513.67 was deposited with the United States District Clerk for the use and benefit of the Movant, who was a minor at the time. Since the entry of the judgment, Movant has attained the age of eighteen and respectfully requests that he be able to withdraw said funds held in the registry.

WHEREFORE, PREMISES CONSIDERED, Movant prays that this request in all things be granted.

                          Respectfully submitted,

                          LYONS & RHODES, P.C.

By: _____
     J. Thomas Rhodes, III
     State Bar No. 16820050
     Federal Bar No. 17613
     126 Villita Street
     San Antonio, Texas 78205
     Telephone No.: 210/225-5251
     Telefax No.: 210/225-6545

## AFFIDAVIT OF J. THOMAS RHODES, III

STATE OF TEXAS           §
                         §
COUNTY OF BEXAR          §

BEFORE ME, the undersigned authority, on this date personally appeared J. THOMAS RHODES, III, who, being by me duly sworn, deposed and stated as follows:

"My name is J. THOMAS RHODES, III. I am a partner with the law firm of Lyons & Rhodes, P.C. in San Antonio, Texas. I am of sound mind, capable of making this Affidavit, and I am personally acquainted with the facts stated herein.

"Lyons & Rhodes, P.C. were the attorneys for the Movant, BALDEMAR HUERTA, JR., in the above-entitled and numbered cause.

"I hereby certify that the exhibit attached to the Movant's Motion for Disbursement of Funds from the Registry of the Court is a true and correct copy of the birth certificate and identification card of BALDEMAR HUERTA, JR., as was provided to our firm from the Movant."

Further Affiant sayeth not.

_____
J. THOMAS RHODES, III

SUBSCRIBED and SWORN TO before me, the undersigned Notary Public, on this 6th day of Dec., 2006, by J. THOMAS RHODES, III; to certify which, witness my hand and official seal.

LAURA L. PEREZ
Notary Public, State of Texas
My Commission Expires
JANUARY 22, 2008

_____
Notary Public, State of Texas

My commission expires: 01-22-08