**CERTIFICATION OF VITAL RECORD**

## CITY OF SAN BENITO
## BUREAU OF VITAL STATISTICS

**STATE OF TEXAS — CERTIFICATE OF BIRTH**

- 1 NAME: Baldemar Huerta, Jr.
- 2 DATE OF BIRTH: February 26, 1988
- 3 SEX: Male
- 4a PLACE OF BIRTH — COUNTY: Cameron
- 4b CITY OR TOWN: San Benito
- 4c NAME OF HOSPITAL: Dolly Vinsant Memorial Hospital
- 4d INSIDE CITY LIMITS: Yes
- 5a THIS BIRTH SINGLE, TWIN, TRIPLET: Single
- 6 FATHER NAME: Baldemar Huerta
- 7 RACE: White
- 8a IS FATHER OF SPANISH ORIGIN?: Yes
- 8b IF YES, SPECIFY: Mexican
- 9 AGE: 21
- 10 BIRTHPLACE: Indiana
- 11a USUAL OCCUPATION: Labor
- 11b KIND OF BUSINESS OR INDUSTRY: Construction
- 12 MAIDEN NAME: Marisela Gonzalez
- 13 RACE: White
- 14a IS MOTHER OF SPANISH ORIGIN?: Yes
- 14b IF YES SPECIFY: Mexican
- 15 AGE: 20
- 16 BIRTHPLACE: Texas
- 17a USUAL OCCUPATION: Housewife
- 17b KIND OF BUSINESS OR INDUSTRY: Home
- 18a RESIDENCE STATE: Texas
- 18b COUNTY: Cameron
- 18c CITY OR TOWN: Harlingen
- 18e INSIDE CITY LIMITS: Yes
- 20 PARENT: Marisela G. Huerta
- 21 (certification): at 7:40 ...
- 22 ATTENDANT: ... 951 N. Sam Houston, San Benito, TX
- 23a REGISTRAR'S FILE NO: 49
- 23b DATE FILED: 3-3-88
- 23c DATE SIGNED: March 1, 1988
- SIGNATURE OF LOCAL REGISTRAR: Leticia S. Garcia, Deputy



**SOCIAL SECURITY**
THIS NUMBER HAS BEEN ESTABLISHED FOR
BALDEMAR HUERTA JR
Signature: Balbemar Huerta Jr.

5985

STATE OF TEXAS
COUNTY OF CAMERON

This is a true and correct certification of the original record as recorded in this office in Volume 31 Page 354, issued under Authority of Sec. 191.051, Health and Safety Code.

DATE ISSUED: 11/20/2004

DO NOT ACCEPT UNLESS PREPARED ON SECURITY PAPER WITH ENGRAVED BORDER DISPLAYING THE CITY OF SAN BENITO SEAL AND SIGNATURE OF THE REGISTRAR. NOT VALID IF PHOTOCOPIED.

DORA BENAVIDEZ, LOCAL REGISTRAR
BY: _____ Deputy

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY.

