IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | |
|---|---|
| ELVA AGUIRRE, ET.AL., § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-010 |
| § | |
| FMC CORPORATION, ET.AL, § | |
| Defendants. § | |

## ORDER FOR DISBURSEMENT OF MINOR'S FUNDS

Before the Court is an application to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Baldemar Huerta, Jr. was a minor child. The minor has now provided satisfactory evidence that he has reached the age of majority and is entitled to the funds.

IT IS HEREBY ORDERED that Plaintiff's Motion for Disbursements of Funds from the Registry of the Court (Docket No. 62) be GRANTED.

IT IS FURTHER ORDERED that the Clerk DISBURSE and DELIVER to Baldemar Huerta, who resides at 1122 North A Street, Harlingen, Texas 78550, the principal of $1,513.67, plus accrued interest, held in the Court's Registry for his account, pursuant to the Final Judgment and any other order entered by the Court in this case.

DONE at Brownsville, Texas, this 20th day of December, 2006.

_____
John Wm. Black
United States Magistrate Judge