United States District Court
Southern District of Texas
FILED

OCT 18 2007

Michael N. Milby
Clerk of Court

B-98-CV-010

I Viviana Sanchez have turn over the age of 18 and wish to claim the money, that is under my name. Pleas mail my check to ▮▮▮▮▮▮▮▮▮▮▮▮

*Viviana Sanchez*
10-18-2007