

PERMANENT RESIDENT CARD
NAME SANCHEZ RODRIGUEZ VIANA
INS A# 074-J. `40
Birthdate  Category  Sex
           IR7       F
Country of Birth
Mexico
CARD EXPIRES 09/28/14
Resident Since 04/25/97

C1USA0743991406SRC0413450177<<
8610164F1409286MEX<<<<<<<<<<9
SANCHEZ<RODRIGUEZ<<VIVIANA<<<<





## ESTADOS UNIDOS MEXICANOS
ESTADO DE SAN LUIS POTOSI
REGISTRO DEL ESTADO CIVIL

**A637929**

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE SAN LUIS POTOSI Y COMO OFICIAL __01__ DEL REGISTRO CIVIL DE ESTE LUGAR CERTIFICO: SER CIERTO QUE EN EL CUADERNO __1__ TOMO __II__ DE __NAC.__ DEL REGISTRO CIVIL QUE ES A MI CARGO EN LA FOJA __165 FTE__ SE ENCUENTRA ASENTADA EL ACTA No. __165__ LEVANTADA POR EL C. OFICIAL __JOSEFINA AMADOR REYES.__ DEL REGISTRO CIVIL.

EN LA CUAL SE CONTIENEN LOS SIGUIENTES DATOS:

### ACTA DE NACIMIENTO

NOMBRE __VIVIANA SANCHEZ RODRIGUEZ.__
FECHA DE LEVANTAMIENTO DEL ACTA __13__ DE __MAYO__ DE 19 __87.__
FECHA DE NACIMIENTO _____ HORA __6:00__
PRESENTADO: VIVO ⊗ MUERTO ○ SEXO: MASCULINO ○ FEMENINO ⊗
LUGAR DE NACIMIENTO __CARDENAS, S.L.P.__
COMPARECIO: EL PADRE ○ LA MADRE ○ AMBOS ⊗ PERSONA DISTINTA ○ REGISTRADO ○

#### PADRES
NOMBRE __MARTIN SANCHEZ MORENO__ EDAD __23 AÑOS__ NACIONALIDAD __MEXICANA__
NOMBRE __TEODORA RODRIGUEZ HERNANDEZ__ EDAD __16 AÑOS__ NACIONALIDAD __MEXICANA__
DOMICILIO __PUERTECITOS, RAYON, S.L.P.__

#### ABUELOS
ABUELO PATERNO __JUAN SANCHEZ__ NACIONALIDAD __MEXICANA__
ABUELA PATERNA __EUSEBIA MORENO__ NACIONALIDAD __MEXICANA__
DOMICILIO __PUERTECITOS, RAYON, S.L.P.__
ABUELO MATERNO __EUSEBIO RODRIGUEZ__ NACIONALIDAD __MEXICANA__
ABUELA MATERNA __AURELIA HERNANDEZ (FINADA)__ NACIONALIDAD __MEXICANA__
DOMICILIO __PUERTECITOS, RAYON, S.L.P.__

#### TESTIGOS
NOMBRE __LUCINA ESPINOZA RODRIGUEZ__ EDAD __27 AÑOS__ NACIONALIDAD __MEXICANA__
DOMICILIO __PUERTECITOS, RAYON, S.L.P.__
NOMBRE __EUSEBIA MORENO TREJO__ EDAD __46 AÑOS__ NACIONALIDAD __MEXICANA__
DOMICILIO __PUERTECITOS, RAYON, S.L.P.__
Nº DE CERTIFICADO DE NACIMIENTO _____ C.U.R.P. __240230187001652__
PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO
NOMBRE _____ EDAD _____ PARENTESCO _____

SE EXTIENDE ESTA CERTIFICACION EN CUMPLIMIENTO DEL ARTICULO 41 DEL CODIGO CIVIL VIGENTE EN EL ESTADO EN __RAYON,__ ESTADO DE SAN LUIS POTOSI, A LOS __SIETE__ DIAS DEL MES DE __MAYO__ DE __1997.__
EL C. OFICIAL __01__ DEL REGISTRO CIVIL DOY FE.

JOSEFINA AMADOR REYES
NOMBRE          FIRMA

PODER EJECUTIVO
DEL ESTADO
DIRECCION DEL
REGISTRO CIVIL
OFICIALIA UNICA
023-01
RAYON, S.L.P.

OBSERVACIONES:

E:atm



