United States District Court
Southern District of Texas
FILED

OCT 1 8 2007

Michael N. Milby
Clerk of Court

B-98-CV-010

I Zoraida Sanchez, have turn the age of 18, and wish to claim the money that is under nny name. Please send the check to ███████████.

Zoraida Sanchez

10-18-07