

**ESTADOS UNIDOS MEXICANOS**
ESTADO DE SAN LUIS POTOSI
REGISTRO DEL ESTADO CIVIL

A637928

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE SAN LUIS POTOSI Y COMO OFICIAL __01__ DEL REGISTRO CIVIL DE ESTE LUGAR CERTIFICO: SER CIERTO QUE EN EL CUADERNO __1 TOMO II__ DE __NAC.__ DEL REGISTRO CIVIL QUE ES A MI CARGO EN LA FOJA __450 FTE__ SE ENCUENTRA ASENTADA EL ACTA No. __450__ LEVANTADA POR EL C. OFICIAL __JOSEFINA AMADOR REYES.__ DEL REGISTRO CIVIL

EN LA CUAL SE CONTIENEN LOS SIGUIENTES DATOS:

### ACTA DE NACIMIENTO

NOMBRE __ZORAIDA LILIANA SANCHEZ RODRIGUEZ.__
FECHA DE LEVANTAMIENTO DEL ACTA __27__ DE __DICIEMBRE__ DE 19 __88.__
FECHA DE NACIMIENTO ███████████ HORA __13:00__
PRESENTADO: VIVO ⊗ MUERTO ○ SEXO: MASCULINO ○ FEMENINO ⊗
LUGAR DE NACIMIENTO __PUERTECITOS, RAYON, S.L.P.__
COMPARECIO: EL PADRE ○ LA MADRE ○ AMBOS ⊗ PERSONA DISTINTA ○ REGISTRADO ○

**PADRES**
NOMBRE __MARTIN SANCHEZ MORENO__ EDAD __25 AÑOS__ NACIONALIDAD __MEXICANA__
NOMBRE __TEODORA RODRIGUEZ HERNANDEZ__ EDAD __18 AÑOS__ NACIONALIDAD __MEXICANA__
DOMICILIO __PUERTECITOS, RAYON, S.L.P.__

**ABUELOS**
ABUELO PATERNO __JUAN SANCHEZ__ NACIONALIDAD __MEXICANA__
ABUELA PATERNA __EUSEBIA MORENO__ NACIONALIDAD __MEXICANA__
DOMICILIO __PUERTECITOS, RAYON, S.L.P.__
ABUELO MATERNO __EUSEBIO RODRIGUEZ__ NACIONALIDAD __MEXICANA__
ABUELA MATERNA __AURELIA HERNANDEZ__ NACIONALIDAD __MEXICANA__
DOMICILIO __PUERTECITOS, RAYON, S.L.P.__

**TESTIGOS**
NOMBRE __SANTIAGO VELAZQUEZ ALVAREZ__ EDAD __50 AÑOS__ NACIONALIDAD __MEXICANA__
DOMICILIO __LAS CANOAS, RAYON, S.L.P.__
NOMBRE __MIGUEL CASTILLO CASTAÑON__ EDAD __34 AÑOS__ NACIONALIDAD __MEXICANA__
DOMICILIO __POTRERO DEL CARNERO, RAYON, S.L.P.__
Nº DE CERTIFICADO DE NACIMIENTO __C R I P__  C.U.R.P. __240230188004507__

**PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO**
NOMBRE _____ EDAD _____ PARENTESCO _____

SE EXTIENDE ESTA CERTIFICACION EN CUMPLIMIENTO DEL ARTICULO 41 DEL CODIGO CIVIL VIGENTE EN EL ESTADO EN __RAYON, ESTADO DE SAN LUIS POTOSI,__ A LOS __SIETE__ DIAS DEL MES DE __MAYO__ DE __1997.__
EL C. OFICIAL __01__ DEL REGISTRO CIVIL DOY FE.

C. JOSEFINA AMADOR REYES.
NOMBRE                FIRMA

PODER EJECUTIVO
DEL ESTADO
DIRECCION DEL
REGISTRO CIVIL
OFICIALIA UNICA
023-01
RAYON, S. L. P.

OBSERVACIONES:

E:atm*







