United States District Court
Southern District of Texas
FILED

APR 2 9 2008

Michael N. Milby
Clerk of Court

Apr. 29, 2008

My name is Michele Jimenez and I have reached the age of 18 years. I would like to claim my money from Case # B-98-cv-010. Please mail the check to ~~[redacted]~~, Harlingen, Tx, 78550.

thank you.

Michele Jimenez