


| STATE OF TEXAS | | | CERTIFICATE OF BIRTH | | BIRTH NO. | |
|---|---|---|---|---|---|---|
| 1 NAME (Type or print) | (a) First MICHELE | (b) Middle | (c) Last JIMENEZ | | 2. DATE OF BIRTH | |
| 3 SEX Female | 4a. PLACE OF BIRTH — COUNTY Cameron | | 4b. CITY OR TOWN Harlingen | | | |
| 4c. NAME OF HOSPITAL Valley Baptist Medical Center | | 4d INSIDE CITY LIMITS? Yes | 5a. THIS BIRTH—SINGLE, TWIN, TRIPLET Single | | 5b. IF TWIN OR TRIPLET | |
| 6 NAME | (a) First Victor | (b) Middle | | | (c) Last Jimenez | |
| 7. RACE White | 8a. IS FATHER OF SPANISH ORIGIN? Yes | | 8b. IF YES, SPECIFY Mexican-American | | | |
| 9 AGE 27 | 10 BIRTHPLACE Texas | 11a USUAL OCCUPATION Manager | | | 11b KIND OF BUSINESS Department Store | |
| 12. MAIDEN NAME | (a) First Josefina | (b) Middle | | | (c) Last Gonzales | |
| 13. RACE White | 14a. IS MOTHER OF SPANISH ORIGIN? Yes | | 14b. IF YES, SPECIFY Mexican-American | | | |
| 15 AGE 22 | 16 BIRTHPLACE Texas | 17a USUAL OCCUPATION Housewife | | | 17b KIND OF BUSINESS Home | |
| 18a. RESIDENCE — Texas | 18b. COUNTY Cameron | 18c. CITY OR TOWN ZIP CODE Harlingen 78550 | | | 18d STREET ADDRESS P.O. Box 3325 | 18e INSIDE LIMITS Y |
| 19. Children previously born | a. 2 | b. | c. 0 | 0 | 20. INFORMANT Josie Jimenez | |
| 21 I hereby certify that this child was born alive on the date stated above at 11:13 P.M. | 22a ATTENDANT'S SIGNATURE W. Spilker md | | | | 22b ATTENDANT AT BIRTH M.D. | |
| | 22c ATTENDANT'S ADDRESS William L. Spilker, M.D. Harlingen, Texas 78550 | | | | 22d DATE SIGNED 11-7-81 | |
| 23a REGISTRAR'S FILE NO 2182 | 23b DATE REC'D BY LOCAL REGISTRAR November 17, 1987 | | | | 23c. SIGNATURE OF LOCAL REGISTRAR Belia Zavala | |