IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 2 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| ELVA AGUIRRE, ET AL<br>Plaintiff(s),<br><br>VS.<br><br>FMC CORPORATION, ET AL<br>Defendant(s). | §<br>§<br>§<br>§   CIVIL ACTION B-98-010<br>§<br>§<br>§ |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

Before the Court is an application by Michele Jimenez to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Michele Jimenez was a minor child. The said minor has now provided satisfactory evidence that she has reached the age of majority and is entitled to the funds.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Clerk disburse and deliver to Michele Jimenez, social security number ending in 2030, the principal $454.34, plus accrued interest, held in the Court's Registry for her account, pursuant to the Final Judgment and any other Court Order entered in this case.

DONE at Brownsville, Texas this the 2nd day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

