United States District Court
Southern District of Texas
FILED

MAY 05 2008

Michael N. Milby, Clerk of Court   5-5-08

My name is Adrian Jimenez and I have reached the age of 18 years. I would like to claim my money from case # B-98-cv-010. Please mail the check to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Harlingen Tx, 78550. Thank you

Adrian Jimenez





## STATE OF TEXAS — CERTIFICATE OF BIRTH

**BIRTH NO.**

**CHILD**
- 1. NAME (Type or print): (a) First: **ADRIAN** (b) Middle: _____ (c) Last: **JIMENEZ**
- 2. DATE OF BIRTH: ▓▓ 1989
- 3. SEX: Male
- 4a. PLACE OF BIRTH — COUNTY: **Cameron**
- 4b. CITY OR TOWN: **Harlingen**
- 4c. PLACE OF BIRTH: ☐ Hospital ☐ Clinic/Doctor's Office ☐ Residence ☒ Licensed Birthing Center ☐ Other
- 4d. NAME OF HOSPITAL: **Su Clinica Familiar**
- 4e. INSIDE CITY LIMITS? ☒ YES ☐ NO
- 5a. THIS BIRTH SINGLE, TWIN, TRIPLET, ETC.: **Single**
- 5b. IF NOT SINGLE BIRTH — BORN 1st, 2nd, 3rd, etc.

**FATHER**
- 6. NAME: (a) First: **Victor** (b) Middle: _____ (c) Last: **Jimenez**
- 7. DATE OF BIRTH: ▓▓/63
- 8. BIRTHPLACE: **Texas**
- 9. RACE: **White**
- 10a. IS FATHER OF HISPANIC ORIGIN? ☒ YES ☐ NO
- 10b. IF YES, SPECIFY: **Mexican**

**MOTHER**
- 11. NAME: (a) First: **Josefina** (b) Middle: _____ (c) Last (maiden): **Gonzales**
- 12. DATE OF BIRTH: ▓▓/65
- 13. BIRTHPLACE: **Texas**
- 14. RACE: **White**
- 15a. IS MOTHER OF HISPANIC ORIGIN? ☒ YES ☐ NO
- 15b. IF YES, SPECIFY: **Mexican**
- 16a. RESIDENCE — STATE: **Texas**
- 16b. COUNTY: **Cameron**
- 16c. CITY OR TOWN: **Harlingen**
- 16c. INSIDE CITY LIMITS? ☒ YES ☐ NO
- 16d. STREET ADDRESS: ▓▓▓
- 17. MOTHER'S MAILING ADDRESS: ▓▓▓ **Harlingen Texas 78551**

- 19a. I hereby certify that this child was born alive on the date stated above at **6:30 A** M.
- 19b. ATTENDANT'S SIGNATURE AND DATE SIGNED: Sr. Peggy Duggan CNM 6-26-89
- 19c. ATTENDANT'S ADDRESS: ▓▓▓ / Harlingen / Texas
- 19c. ATTENDANT AT BIRTH: ☐ M.D. ☐ D.O. ☒ C.N.M. ☐ Lay Midwife ☐ Other
- 19d. ATTENDANT'S NAME (Type or Print): **Sr. Peggy Duggan**
- 18. SIGNATURE OF INFORMANT: *Jou Jimenez*
- 20a. DATE REC'D BY LOCAL REGISTRAR: **July 19, 1989**
- 20a. REGISTRAR'S FILE NO: **1456**
- 20c. SIGNATURE OF LOCAL REGISTRAR: *Peter Favela*

WARNING: The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine up to $5,000 (Article 4477c, Revised Civil Statutes of Texas)

DO YOU WANT A SOCIAL SECURITY NUMBER FOR YOUR NEW BABY? ☒ YES ☐ NO

SIGNATURE OF PARENT: *Jou Jimenez*

CONFIDENTIAL INFORMATION BELOW — FOR MEDICAL AND HEALTH USE ONLY — THIS SECTION MUST BE FILLED OUT

I HEREBY CERTIFY this to be a true and correct copy of the original birth record of _____ as filed in the Bureau of Vital Statistics of the City of Harlingen, Texas.

Issued: _____