IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| ELVA AGUIRRE, ET AL <br> Plaintiff(s), | § <br> § <br> § |
| VS. | § CIVIL ACTION B-98-010 |
| FMC CORPORATION, ET AL <br> Defendant(s). | § <br> § |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

Before the Court is an application by Adrian Jimenez to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Adrian Jimenez was a minor child. The said minor has now provided satisfactory evidence that he has reached the age of majority and is entitled to the funds.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Clerk disburse and deliver to Adrian Jimenez, social security number ending in 1404, the principal $363.54, plus accrued interest, held in the Court's Registry for his account, pursuant to the Final Judgment and any other Court Order entered in this case.

**DONE** at Brownsville, Texas this the 7th day of May, 2008.

UNITED STATES MAGISTRATE JUDGE